AO 91 (Rev. 08/09) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Under Seal

FILED MAY 27

United States of America
v.
Itzhak Loz, et al.
(See Attached List)

*Defendant(s)*

Case No. 1:14MJ 266

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2011 through May 27, 2014 in the county of Prince William in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Kimberly Riley Pedersen, AUSA

Adam Gaab (signature)

*Complainant's signature*

Adam Gaab, USSS Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/27/2014

/s/ JFA
John F. Anderson
United States Magistrate Judge

*Judge's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge

*Printed name and title*

ATTACHMENT

UNITED STATES OF AMERICA

v.

ITZHAK LOZ,
(a/k/a Ari, a/k/a Avi)

RONEN FAKIRO,

ARKADIY BANGIYEV,
(a/k/a Alex)

EDUARD BANGIYEV,
(a/k/a Eddie)

JOHNNY LEE,
(a/k/a Ramel, a/k/a Ra, a/k/a Jason Carter)

TARELL JOHNSON,
(a/k/a Nu Nu, a/k/a Nu)

CRAIG JOHNSON,
(a/k/a Uncle Bill)

SHANNON LAMONT SMITH,

FREDERICK BARRETT,

RAMEL EPPS,

BRATTIE GUERRA,

Defendants.