**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

| | | | | | |
|---|---|---|---|---|---|
| City: | | Superseding Indictment: | | **Judge Assigned:** | JFA |
| County: | Prince William | Same Defendant: | | **Criminal No.** | |
| | | Magistrate Judge Case No. | 14mj266 | New Defendant: | X |
| | | Search Warrant Case No. | | **Arraignment Date:** | |
| | | | | R. 20/R. 40 From: | |

**Defendant Information:**

**Defendant Name:** Itzhak Loz  Alias(es): Ari and Avi  ☐ Juvenile  FBI No.

**Address:** Rishon Lezion, Israel

Employment:

**Birth Date:** 1967  **SSN:**  **Sex:** Male  Race:  Nationality:

**Place of Birth:**  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**  Auto Description:

**Location/Status:**

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**

**Name:**  ☐ Court Appointed  Counsel Conflicts:

Address:  ☐ Retained

Phone:  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen  **Phone:** (703) 299-3700  Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014  **AUSA Signature:** Kimberly R. Pedersen  *may be continued on reverse*

## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Ronen Fakiro

Alias(es):

☐ Juvenile FBI No.

**Address:** Rishon Lezion, Israel

Employment:

**Birth Date:** 1968 **SSN:** **Sex:** Male Race: Nationality:

**Place of Birth:** Height: Weight: Hair: Eyes: Scars/Tattoos:

☐ **Interpreter** **Language/Dialect:** Auto Description:

**Location/Status:**

**Arrest Date:**

☐ Already in Federal Custody as of: in:

☐ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody

☒ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested

☐ Arrest Warrant Pending ☐ Detention Sought ☐ Bond

**Defense Counsel Information:**

**Name:**

☐ Court Appointed

Counsel Conflicts:

Address:

☐ Retained

Phone:

☐ Public Defender

☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen **Phone:** (703) 299-3700 Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:**

City:

County: Prince William

☒ **Under Seal**

Superseding Indictment:

Same Defendant:

Magistrate Judge Case No. 14mj266

Search Warrant Case No.

**Judge Assigned:** JFA

**Criminal No.**

New Defendant: X

**Arraignment Date:**

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Arkadiy Bangiyev | Alias(es): Alex | ☐ Juvenile | FBI No. 917759PC2

**Address:** Rego Park, NY

Employment:

**Birth Date:** 1977 | **SSN:** 0964 | **Sex:** Male | Race: White | Nationality:

**Place of Birth:** Uzbekistan, R | Height: 5'11" | Weight: 160 | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen | *may be continued on reverse*

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Eduard Bangiyev | Alias(es): Eddie | ☐ Juvenile | FBI No. 211885WD5

**Address:** Forest Hills, NY 11375

Employment:

**Birth Date:** 1967 | **SSN:** 7821 | **Sex:** Male | Race: White | Nationality:

**Place of Birth:** Uzbekistan, Ru | Height: 6'1" | Weight: 190 | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:**

☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Johnny Lee | Alias(es): Ramel, Ra, Jason Carter | ☐ Juvenile | FBI No. 717976FA0

**Address:** Glen Oaks, NY

Employment:

**Birth Date:** 1969 | **SSN:** 7109 | **Sex:** Male | Race: Black | Nationality:

**Place of Birth:** | Height: 5'5" | Weight: 128 | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen | *may be continued on reverse*

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:** ☒ **Under Seal** | **Judge Assigned:** JFA

| | | | | | |
|---|---|---|---|---|---|
| City: | | Superseding Indictment: | | **Criminal No.** | |
| County: | Prince William | Same Defendant: | | New Defendant: | X |
| | | Magistrate Judge Case No. | 14mj266 | **Arraignment Date:** | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | |

**Defendant Information:**

**Defendant Name:** Tarell Johnson | Alias(es): Nu Nu, Nu | ☐ Juvenile | FBI No.

**Address:** Lynbrook, NY

Employment:

**Birth Date:** 1988 | **SSN:** 1085 | **Sex:** Male | Race: Black | Nationality:

**Place of Birth:** | Height: 5'7" | Weight: 130 | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

**Criminal Case Cover Sheet** — **FILED:** REDACTED — **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

| | | | | | |
|---|---|---|---|---|---|
| City: | | Superseding Indictment: | | **Judge Assigned:** | JFA |
| County: | Prince William | Same Defendant: | | **Criminal No.** | |
| | | Magistrate Judge Case No. | 14mj | New Defendant: | X |
| | | Search Warrant Case No. | | **Arraignment Date:** | |
| | | | | R. 20/R. 40 From: | |

**Defendant Information:**

**Defendant Name:** Craig Johnson — Alias(es): Uncle Bill — ☐ Juvenile — FBI No. 673500AA4

**Address:** Lithia Springs, NY

Employment:

**Birth Date:** 1966 — **SSN:** 9856 — **Sex:** Male — Race: Black — Nationality:

**Place of Birth:** — Height: — Weight: — Hair: Black — Eyes: Brown — Scars/Tattoos:

☐ **Interpreter** — **Language/Dialect:** — Auto Description:

**Location/Status:**

**Arrest Date:** — ☐ Already in Federal Custody as of: — in:

☐ Already in State Custody — ☐ On Pretrial Release — ☒ Not in Custody

☒ Arrest Warrant Requested — ☐ Fugitive — ☐ Summons Requested

☐ Arrest Warrant Pending — ☐ Detention Sought — ☐ Bond

**Defense Counsel Information:**

**Name:** — ☐ Court Appointed — Counsel Conflicts:

Address: — ☐ Retained

Phone: — ☐ Public Defender — ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen — **Phone:** (703) 299-3700 — Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 — **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

**Criminal Case Cover Sheet** | **FILED:** REDACTED | **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Shannon Lamont Smith | Alias(es): | ☐ Juvenile | FBI No.

**Address:** Woodstock, GA

Employment:

**Birth Date:** 1970 | **SSN:** 4222 | **Sex:** Male | Race: | Nationality:

**Place of Birth:** | Height: | Weight: | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:**

☐ Already in Federal Custody as of: | in:

☐ Already in State Custody

☐ On Pretrial Release

☒ Not in Custody

☒ Arrest Warrant Requested

☐ Fugitive

☐ Summons Requested

☐ Arrest Warrant Pending

☐ Detention Sought

☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Frederick Barrett | Alias(es): | ☐ Juvenile | FBI No. 362884LB4

**Address:** Roosevelt, NY

Employment:

**Birth Date:** 1982 | **SSN:** 1980 | **Sex:** Male | Race: | Nationality:

**Place of Birth:** | Height: | Weight: | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*

**Criminal Case Cover Sheet** | FILED: REDACTED | **U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Ramel Epps | Alias(es): | ☐ Juvenile | FBI No.

**Address:** Freeport, NY

Employment:

**Birth Date:** 1990 | **SSN:** 1312 | **Sex:** Male | Race: | Nationality:

**Place of Birth:** | Height: | Weight: | Hair: Black | Eyes: Brown | Scars/Tattoos:

☐ **Interpreter** | **Language/Dialect:** | Auto Description:

**Location/Status:**

**Arrest Date:** | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen | **Phone:** (703) 299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014 | **AUSA Signature:** Kimberly R. Pedersen | *may be continued on reverse*

## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City:

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 14mj266

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Brattie Guerra  Alias(es):  ☐ Juvenile  FBI No.

**Address:** Freeport, NY

Employment:

**Birth Date:** 1992  **SSN:** 9295  **Sex:** Male  Race:  Nationality:

**Place of Birth:**  Height:  Weight:  Hair: Black  Eyes: Brown  Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**  Auto Description:

**Location/Status:**

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**

**Name:**  ☐ Court Appointed  Counsel Conflicts:

Address:  ☐ Retained

Phone:  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Riley Pedersen  **Phone:** (703) 299-3700  Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Adam Gaab, U.S. Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** May 27, 2014  **AUSA Signature:** Kimberly R. Pedersen

*may be continued on reverse*