IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITZHAK LOZ<br>aka Ari aka Avi, | ) | 1:14mj266 |
| RONEN FAKIRO, | ) | |
| ARKADIY BANGIYEV<br>aka Alex, | ) | |
| EDUARD BANGIYEV<br>aka Eddie, | ) | |
| JOHNNY LEE<br>aka Ramel aka Ra aka Jason Carter, | ) | |
| TARELL JOHNSON<br>aka Nu Nu aka Nu, | ) | |
| CRAIG JOHNSON<br>aka Uncle Bill, | ) | |
| SHANNON SMITH, | ) | |
| FREDERICK BARRETT, | ) | |
| RAMEL EPPS, | ) | |
| BRATTIE GUERRA, | ) | |
| Defendants. | ) | |

FILED
JUN 13 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**ORDER TO UNSEAL**

The United States of America has applied to this Court for an order to unseal the following documents in the above-captioned case: *ex parte* motion for a 14-day pre-indictment restraining order; memorandum of points and authorities; affidavit; 14-day pre-indictment

restraining order; motion to seal; and order to seal. Upon consideration of the government's motion to unseal and good cause having been shown,

IT IS HEREBY ORDERED THAT:

The United States' *ex parte* motion for a 14-day pre-indictment restraining order, memorandum of points and authorities, affidavit, 14-day pre-indictment restraining order, motion to seal and order to seal shall be unsealed.

Dated: the 13 day of June 2014.

Liam O'Grady
United States District Judge