**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ITZHAK LOZ,<br>(a/k/a Ari, a/k/a Avi),<br>RONEN FAKIRO,<br>BOAZ BOROHOV,<br>OFRA BOROHOV,<br>ARKADIY BANGIYEV,<br>(a/k/a Alex),<br>EDUARD BANGIYEV,<br>(a/k/a Eddie),<br>JOHNNY LEE,<br>(a/k/a Ramel, a/k/a Ra, a/k/a Jason Carter),<br>TARELL JOHNSON,<br>(a/k/a Nu Nu, a/k/a Nu),<br>CRAIG JOHSNON,<br>(a/k/a Uncle Bill),<br>SHANNON SMITH,<br>FREDERICK BARRETT,<br>RAMEL EPPS,<br>BRATTIE GUERRA,<br><br>Defendants. | ) | Criminal No. 1:14CR206<br><br>The Hon. Liam O'Grady<br>Trial Date: January 12, 2015 |

**DEFENDANT ITZHAK LOZ'S MOTION TO JOIN DEFENDANT'S EDUARD BANGIYEV AND ARKADIY BANGIYEV'S MOTION FOR IMMEDIATE PRODUCTION OF DISCOVERY AND BRADY MATERIAL**

Now comes Defendant Itzhak Loz, by and through undersigned counsel and hereby respectfully requests this Honorable Court allow Defendant to join in Defendant Eduard Bangiyev and Arkadiy Bangiyev's Motion for Immediate Production of Discovery and Brady Material (Dkt. 319.). This Motion is based on the arguments as set forth in Defendants Eduard and Arkadiy Bangiyev's Motion. Because Mr. Loz is a defendant in this matter and indicted on

the same charges as Eduard and Arkadiy Bangiyev, he respectfully asserts that there is no need to file a duplicate motion on his behalf. The information requested is relevant to the charges as alleged in the Superseding Indictment and the government has a duty to produce such discovery.

For the foregoing reasons, Defendant Itzhak Loz, respectfully requests this Honorable Court grant this motion and allow him to join in Defendants Eduard Bangiyev and Arkadiy Bangiyev's Motion for Immediate Production of Discovery and Brady Material.

Dated: October 31, 2014

Respectfully submitted,

ITZHAK LOZ
By Counsel

/s/ Edsel Jay Guydon

Edsel Jay Guydon (VA Bar No. 37021)
William R. Martin (admitted *pro hac vice*)
**MARTIN & GITNER PLLC**
2121 K Street, NW, Suite 850
Washington, DC 20037
Tel. (202) 331-2121
Fax. (202) 331-5086
Edsel.guydon@martingitnerlaw.com
*Attorney for Defendant Itzhak Loz*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ Edsel Jay Guydon

Edsel Jay Guydon (VA Bar No. 37021)
**MARTIN & GITNER PLLC**
2121 K Street, NW, Suite 850
Washington, DC 20037
Tel. (202) 331-2121
Fax. (202) 331-5086
Edsel.guydon@martingitnerlaw.com
*Attorney for Defendant Itzhak Loz*