Date: __01-20-15__    Judge: **LIAM O'GRADY**
Time: __2:05__    To __2:30__

Reporter:__ N. Linnell_____
Interpreter: _____
Language: _____

UNITED STATES of AMERICA

vs.

__ITZHAK LOZ_____
Defendant's Name

__1:14CR00206-001_____
Case Number

__William Martin_____
Counsel for Defendant

__Kimberly Pedersen and Gordon Kromberg__
Counsel for Government

Matter called for:
( ) Motions  ( ) Setting Trial Date  ( X ) Change of Plea Hrg.  ( ) Rule 35  ( ) Arraignment
( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea  ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea  ( ) Other: _____

Defendant appeared:    ( X ) in person    ( ) failed to Appear
                       ( X ) with Counsel  ( ) without counsel  ( ) through counsel
Filed in open court:

( ) Criminal Information  ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment
( ) Discovery Order

Arraignment & Plea:
( ) WFA  ( ) FA  ( X )PG  ( )PNG  Trial by Jury: ( ) Demanded  ( ) Waived

Defendant entered Plea of Guilty as to Count __1 of the Superseding Indictment__

Defendant directed to USPO for PSI: ( X ) Yes  ( ) No
Case continued to __05/15/15__ at __9:00 a.m.__ for: ( X ) Sentencing

Court accepts plea.  __Government's oral motion to dismiss Count 2 of the superseding Indictment granted. Order entered__
__and filed in open court._____

Defendant is remanded.

Email P.O. and Jury: __X__
LOG Red Book __X__
Chambers calendar __X__

Jury trial set: 01/22/15