FILED IN OPEN COURT
JAN 2 0 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 1:14cr206 |
| ITZHAK LOZ | ) |

## ORDER OF DISMISSAL

WHEREAS, defendant ~~RONEN FAKIRO~~ *Itzhak Loz* was indicted by a grand jury in this district on two counts;

WHEREAS, on January 20, 2015, defendant pled guilty to Count 1 of the Indictment;

AND WHEREAS, pursuant to that guilty plea, the Government moves to dismiss Count 2;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Count 2 of the Indictment is dismissed without prejudice.

Dated this 20 day of January, 2015.

/s/
Liam O'Grady
United States District Judge

I ask for this:

Gordon D. Kromberg
Assistant United States Attorney