IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 1:14cr206 |
| ITZHAK LOZ, | ) | |
| RONEN FAKIRO, | ) | |
| ARKADIY BANGIYEV, | ) | |
| EDUARD BANGIYEV, | ) | |
| BOAZ BOROHOV, | ) | |
| OFRA BOROHOV, | ) | |
| JOHNNY LEE, | ) | |
| Defendants. | ) | |

BILL OF PARTICULARS

The United States of America, by and through Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Kimberly R. Pedersen, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The above-captioned Superseding Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 1963(a)(1), 1963(a)(2) and 1963 (a)(3). The United States hereby gives notice that, in addition to the specific property already listed in the forfeiture allegation of the Superseding Indictment, the United States is seeking forfeiture of the following additional property: the real property and premises known as 108-14 64th Road, Forest Hills, New York, deeded in the name of M & A Star Realty, LLC.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: April 20, 2015, at Alexandria, Virginia.

Respectfully submitted,

Dana J. Boente
United States Attorney

/s/

Kimberly R. Pedersen
Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Building
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3843
Fax: 703-299-3981
Email Address: kimberly.riley.pedersen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/

Kimberly R. Pedersen
Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Building
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3843
Fax: 703-299-3981
Email Address: kimberly.riley.pedersen@usdoj.gov