IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14CR206 |
| | ) | |
| ITZHAK LOZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF SPECIAL AGENT ADAM GAAB

I, Adam Gaab, under penalty of perjury, depose and state as follows:

1. I am currently employed as a Special Agent of the United States Secret Service, and have been so employed since 2010. I am the case agent in the above-referenced matter and I have personally participated in this investigation since May 2012.

2. I make this declaration based upon my personal knowledge and information that I obtained during my investigation.

3. The United States Secret Service is responsible for investigating and preventing the counterfeiting of United States currency. As a result, the United States Secret Service receives, identifies, records and tracks every single counterfeit Federal Reserve note (note) that comes into its possession either because it has been passed in interstate commerce (i.e., found in circulation or received at a financial institution) or seized (i.e., found at the point of production or obtained by law enforcement before it is sent or received by a financial institution).

4. Based on my training and experience, I know that every single counterfeit note that is sent to the United States Secret Service for investigation and determined to be counterfeit is identified and classified based on an examination of the denomination, security features and the printing processes used on the front plate, back plate and Treasury seal. This classification system at the United States Secret Service is known as "circular system."

5. After a United States Secret Service Counterfeit Specialist examines and determines that a particular note is counterfeit, it is then compared to other known counterfeit specimens to determine if an association can be made. Each counterfeit note (except for those printed with inkjet printers or toner) receives

what is called a "circular number." For example, C-23332 is a circular number that classifies the most prolific counterfeit $100 note under investigation in this case. Counterfeit notes may have the same circular number if the same printing process was used and the same characteristics are present on the front plate, back plate and Treasury seal of the Federal Reserve note. If no associations are made to known counterfeit samples, then the United States Secret Service assigns the note a new circular number.

6. Beginning around 1999, the United States Secret Service has been investigating very high quality and prolific counterfeit $100 notes, including C-23332; C-22272 and counterfeit $50 notes, including C-23201.

7. Defendants Itzhak Loz, Ronen Fakiro, Arkadiy Bangiyev, Eduard Bangiyev, Johnny Lee, Boaz Borohov, Ofra Borohov and others conspired and agreed together and with others to conduct and participate in the affairs of a criminal enterprise whose activities affected interstate and foreign commerce through a pattern of racketeering activity from 2004 through June 1, 2014. This enterprise was engaged in, among other things, the counterfeiting of United States currency, money structuring and other crimes in the Eastern District of Virginia and elsewhere.

8. The above-named defendants have all pleaded guilty to conspiracy to violate RICO from 2004 through 2014, in violation of 18 U.S.C. § 1962(d).

9. Prior to 2004, Itzhak Loz, a citizen of Israel, purchased printing equipment and machinery in order to manufacture counterfeit United States currency. Around this same time, Loz acquired and possessed images of counterfeit $100 Federal Reserve notes (notes) which contained security features of genuine United States currency, such as portraits, Treasury Seals and serial numbers.

10. In May of 2014, Itzhak Loz possessed thousands of digital images of counterfeit United States currency and/or simulated security features of that currency which was associated with or linked to 12 separate variations of counterfeit currency that had previously been detected, identified and classified by the United States Secret Service.

11. Prior to 2004, Loz began to manufacture counterfeit United States currency in Israel for sale and distribution to others, including Arkadiy Bangiyev and Eduard Bangiyev in the United States.

12. From 2004 through 2013, Itzhak Loz concealed the counterfeit United States currency he manufactured and printed in Israel inside machine parts that he shipped from Israel to the United States by A.M. Ventura Imports.

13. In or about May of 2004, Johnny Lee began to obtain counterfeit $100 notes from Eduard Bangiyev at a business known as Westbury Jewelry located at 1083 Old Country Road in Westbury, New York, and at other locations in New York. Lee continued to obtain counterfeit $100 notes from Bangiyev through 2014 which Lee distributed to others.

14. The counterfeit $100 notes that Johnny Lee purchased from Eduard Bangiyev were passed and uttered by others in Richmond, Virginia, and in other locations throughout the United States. The United States Secret Service has obtained samples of these counterfeit notes and classified them as C-22272.

15. On March 3, 2006, Itzhak Loz purchased a reconditioned and re-furbished stainless steel magnesium etching machine for $6,500 from New England Graphic Equipment for use in the manufacture of counterfeit United States currency. The machine was shipped to "Alex & Eddie, 110-37 69th Ave., Forest Hills, NY 11375."

16. In March and April of 2006, Itzhak Loz purchased thousands of dollars of printing supplies and material from New England Graphics while he was in Israel and had them shipped to the Bangiyev residence located at 110-37 69th Ave., Forest Hills, NY 11375.

17. In June of 2006, Itzhak Loz came to the United States and stayed until March 22, 2007. While in the United States, Loz purchased additional printing supplies and material from New England Graphics and shipped it to 1083 Old Country Road, Westbury, New York (the address of Westbury Jewelry Exchange).

18. I know that 110-37 69th Avenue, Forest Hills, New York 11375 is a property purchased in 2003 by Eduard Bangiyev and Irina Alishareyva, Arkadiy Bangiyev and Ilana Bangiyeva. During the course of the conspiracy, Eduard Bangiyev and Arkadiy Bangiyev maintained this property as the primary residence of themselves, their parents, wives, children and sister Ilana Bangiyeva. On May 28, 2014, the United States Secret Service seized $47,950.00 in genuine United States currency at this residence, along with numerous pieces of jewelry, gemstones, coins and money counting machines.

19. I also know that 102-02 65th Avenue, Flushing, New York 11375, was purchased in 2008 and is currently the residence of Arkadiy Bangiyev and his wife and children. This property was titled in the names of Ilana Bangiyev and Irina Alishayeva, the wife of Eduard Bangiyev, and maintained by Arkadiy Bangiye during the course of his participation in this conspiracy. On May 28, 2014, the United States Secret Service seized approximately $8,718.30 in genuine United States currency at this residence, along with jewelry, gemstones and coins.

20. During the conspiracy, Itzhak Loz came to 110-37 69th Avenue, Forest Hills, New York and 102-02 65th Avenue, Flushing, New York, to pick up genuine United States currency that was left for him by the Bangiyevs to finance the production of counterfeit United States currency and to discuss matters pertaining to the conspiracy. These properties afforded a source of influence over the enterprise.

21. Beginning in and around 2008, Arkadiy Bangiyev purchased a number of real properties that he acquired and maintained during the conspiracy. Some of these properties were titled in the name of Ilana Bangiyev (a/k/a Ilana Bangiyeva) and Irina Alishayeva (the wife of Eduard Bangiyev), to make it appear as if he did not have any direct ownership interest in these properties. These properties include 98-21 67th Avenue, Flushing, New York; 98-23 67th Avenue, Flushing, New York; 112-44 68th Avenue, Forest Hills, New York; and Unit 10N, 61-25 98th Street, Rego Park, New York.

22. I also know that 1083 Old Country Road, Westbury, New York 11590 was the business address for Elegant Jewelry at Westbury Jewelry Exchange, and that this business was owned and operated by Arkaidy Bangiyev and Eduard Bangiyev from in and around 2001 through 2012. These businesses afforded a source of influence over the enterprise.

23. On April 20, 2006, Arkadiy Bangiyev and Eduard Bangiyev, signed a contract for a five (5) year lease of an industrial property located at 13 Sylvester Street, Westbury, New York (13 Sylvester Street), effective June 1, 2006, using the name and address of their business, Elegant Jewelry, Inc., at 1083 Old Country Road, Westbury, NY.

24. Arkadiy Bangiyev signed the lease for 13 Sylvester Street in the name of Elegant Jewelry, Inc." in order to make it appear as if this warehouse was to be used in the manufacture and assembly of jewelry.

25. Itzhak Loz entered the United States on June 8, 2006 to set up and run a domestic printing plant for the production of counterfeit United States currency at 13 Sylvester Street.

26. In June 2006, Itzhak Loz imported 9 used printing machines and accessories used in the manufacture of counterfeit United States currency from Israel to the United States and had them delivered to "Elegant J, 13 Sylvester Street, Westbury, NY" on July 3, 2006.

27. In 2006 and 2007, Itzhak Loz, Arkadiy Bangiyev and Eduard Bangiyev used 13 Sylvester Street to manufacture counterfeit $50 notes until the arrest of Arkadiy Bangiyev on March 20, 2007 after selling $100,000 in counterfeit $50 notes to Devon Bost.

28. In September 2006, Loz purchased printing supplies used to manufacture counterfeit United States currency from New England Graphics and had the items billed to "Itzhak, Isaac of 110-37 69th Ave., Forest Hills, NY" and shipped to "Itzhak, Isaac of 1083 Old Country Rd., Westbury, NY 11590."

29. In October 2006, printing materials from DotWorks which were used by Loz in the manufacture of counterfeit United States currency were sold and shipped to "Elegant J of 1083 Old Country Rd., Westbury, NY."

30. In 2006 and 2007, approximately $9.5 million worth of counterfeit $50 notes were manufactured by Itzhak Loz, Arkaidy Bangiyev and others at 13 Sylvester Street, Westbury, New York. A number of these $50 counterfeit bills were seized by the United States Secret Service and classified as C-23201. A number of these notes seized by the United States Secret Service in January 2007 and March 2007 had fingerprints belonging to Arkadiy Bangiyev and Itzhak Loz on them.

31. On March 19, 2007, Alvin Wren purchased 400 counterfeit $50 bills from Devon Bost. These $50 counterfeit bills were seized by the United States Secret Service and classified as C-23201.

32. On March 20, 2007, Devon Bost purchased 2,000 counterfeit $50 notes from Arkadiy Bangiyev after making arrangements with Eduard Bangiyev and Arkadiy Bangiyev over the telephone. These $50 counterfeit bills were seized by the United States Secret Service and classified as C-23201. Two of the notes had a total of three fingerprints belonging to Arkadiy Bangiyev on them. Arkadiy Bangiyev was arrested immediately thereafter by the United States Secret Service.

33. Two days after the arrest of Arkadiy Bagiyev, Itzhak Loz returned to Israel and had others ship the printing equipment from 13 Sylvester Street back to Israel where Loz continued to print counterfeit United States currency.

34. In 2008, Itzhak Loz resumed selling counterfeit United States currency to Arkadiy Bangiyev. In 2009, Loz manufactured counterfeit $100 notes in Israel approximately every three months and smuggled it into the United States concealed in machinery placed in shipping containers.

35. From 2009 through December 2013, Itzhak Loz traveled to the United States to receive and distribute the counterfeit United States currency he manufactured in Israel and smuggled into the United States.

36. In 2008 through 2014, Arkadiy Bangiyev and Eduard Bangiyev continued to finance the manufacture of counterfeit United States currency printed by Itzhak Loz in Israel and imported into the United States and to obtain counterfeit United States currency from Loz.

37. In December 2008 and January 2009 and April and May 2009, Arkadiy Bangiyev structured the deposit of genuine United States currency in amounts between $9,500 and $9,900 directly into a Bank of America account belonging to Itzhak Loz to finance the production of counterfeit United States currency. These bank accounts afforded a source of influence over the enterprise.

38. From 2011 through December 2013, Loz manufactured approximately $2 million to $3 million worth of counterfeit $100 notes in Israel approximately four times per year (or about every 3 months) and then smuggled it into the United States inside machinery contained inside storage containers.

39. In 2011, Itzhak Loz taught Boaz Borohov how to glue together two pieces of paper together which bore simulated security features from United States currency. Loz used this paper in the manufacture of counterfeit United States currency. Borohov glued the paper together with a laminator that Borohov kept at his house in Israel. Either Loz or Ronen Fakiro would deliver boxes of the paper to be glued to Borohov. After gluing the paper, Loz or Fakiro would pick up the finished paper from Borohov at his house or Borohov would deliver the finished paper to Loz. Boaz Borohov later taught his wife how to operate the laminating machine in order to glue together the paper used by Loz and Fakiro in the manufacture of the counterfeit United States currency.

40. During the conspiracy, Ronen Fakiro assisted Itzhak Loz in the manufacture and production of counterfeit United States currency in Israel and the United States. Fakiro also assisted Loz in gluing the paper used in the printing process, re-creating the blue 3-D ribbon, a security feature found in genuine United States currency, and operating an intaglio press and performing other manual tasks.

41. Itzhak Loz and Ronen Fakiro evenly split the proceeds generated from the manufacture and sale of the counterfeit United States currency, minus the expenses, during their participation on the conspiracy. At their arrest on May 28, 2014, Ronen Fakiro had approximately $50,420 in genuine United States currency in his luggage located in his hotel room at the Lexington Inn & Suites in Jamaica, New York. On that same day, Itzhak Loz had approximately $44,940 in genuine United States currency in his luggage located in his hotel room at the Lexington Inn & Suites in Jamaica, New York. This genuine currency was a partial payment that Itzhak Loz had received from the Bangiyevs at 102-02 65th Road in Flushing, New York for counterfeit United States currency. Both Loz and Fakiro jointly possessed two men's watches at the Lexington Inn & Suites at their May 28, 2014, arrest.

42. On March 9, 2011, Arkadiy Bangiyev shipped bar code ink, a product used by Itzhak Loz to print the counterfeit United States currency, under the name of his business Westbury Jewelry, Inc. of 1083 Old Country Rd., Westbury, NY 11590 to

Itzhak Loz in Israel via Federal Express.

43. On August 24, 2011, Itzhak Loz leased a storage unit at the Self-Storage Center in Rockville Centre New York and provided his address as 13 Sylvstr St., Old Country Rd., NY 11598. Loz provided the name of Ronen Fakiro as an alternate point of contact for this storage unit.

44. In 2011, Itzhak Loz used his storage facility in New York to conceal the counterfeit United States currency that he manufactured in Israel and smuggled into the United States, and in 2014, to conceal and store the counterfeit United States currency he manufactured at a warehouse in New Jersey (the Deer Road warehouse).

45. On August 30, 2011, an image of a counterfeit $100 note with the number "77" was created and possessed on a computer belonging to Itzhak Loz, and later found at 620 Deer Road, Unit #18, Cherry Hill, New Jersey (the Deer Road warehouse). The United States Secret Service has classified this note as C-23332.

46. Beginning in October 2011, Eric Buchanan purchased counterfeit $100 notes from Tarell Johnson in New York and distributed them at Wal-Mart, Loan Max and other stores in the Eastern District of Virginia. The United States Secret Service obtained these counterfeit $100 notes and classified them as C-23332.

47. Between May 20, 2013 and September 5, 2013, Eric Buchanan purchased a total of $20,000 worth of counterfeit $100 notes from Tarell Johnson, who had obtained them from Johnny Lee, who had obtained them from Eduard Bangiyev. These notes were also classified by the United States Secret Service as C-23332.

48. In 2013, Loz manufactured between $12 to $13 million worth of counterfeit $100 notes in Israel, which he then smuggled into the United States concealed inside machinery packed inside shipping containers.

49. On January 6, 2014, Itzhak Loz and Ronen Fakiro purchase the Deer Road warehouse with $147,683.64 in United States currency to print and manufacture United States currency.

50. On January 10, 2014, Itzhak Loz caused a wire transfer of $7,500 in genuine United States currency from the bank account of Marker Systems Computers and Communications in Holon, Israel to GR Printing Equipment in Toronto, Canada, to purchase printing equipment for the manufacture of counterfeit United States currency at the Deer Road warehouse.

51. After their arrival in the United States in mid-January 2014, Itzhak Loz and Ronen Fakiro installed and set up printing machines and equipment to manufacture counterfeit United States currency inside the Deer Road warehouse. Both Loz and

Fakiro purchased printing supplies and other items used in the manufacture and printing of counterfeit United States currency at the Deer Road warehouse from a joint bank account at Bank of America.

52. During the conspiracy, Itzhak Loz and Ronen Fakiro used multiple accounts at the Bank of America in the United States (both in their own name and held jointly with one another) to facilitate the purchase of equipment and supplies used in the printing and manufacturing of counterfeit United States currency. Loz and Fakiro also structured cash deposits into their own Bank of America accounts, in amounts under $10,000, to avoid triggering bank reporting requirements.

53. On January 19, 2014, Itzhak Loz purchased a used 2003 Heidelberg Speedmaster printing press and imported it into the United States from Canada using the name of Marker Systems Computer & Communications, Ltd. Loz had this printing press delivered to the Deer Road warehouse and used it to manufacture counterfeit United States currency.

54. On February 25, 2014, Itzhak Loz and Ronen Fakiro accepted delivery of a shipping container containing off-set printing presses and printing machines that Loz shipped from his warehouse in Israel to the Deer Road warehouse, and which they used to manufacture counterfeit United States currency.

55. After the arrival of the printing presses and machinery at the Deer Road warehouse in February 2014, Loz and Fakiro began to manufacture counterfeit United States currency there. Loz operated the printing presses and Fakiro operated the intaglio press inside the Deer Road warehouse.

56. At the end of March 2014, Boaz Borohov and Ofro Borohov came to the United States from Israel to assist Itzhak Loz and Ronen Fakiro in the production and manufacture of counterfeit United States currency at the Deer Road warehouse. Their primary function was to glue together the paper bearing the simulated security features of genuine United States currency in the production and manufacture of counterfeit United States currency.

57. Itzhak Loz made and financed the international travel and daily meals and lodging of the Borohovs while they were in the United States assisting in the manufacture of counterfeit United States currency at the Deer Road warehouse. Loz also paid the Borohovs in genuine United States currency for working at the Deer Road address gluing the counterfeit paper together. On May 28, 2014, the United States Secret Service seized approximately $5,935.80 in genuine United States currency

from the Deer Road warehouse, which was the proceeds from the distribution of counterfeit currency.

58. From February 2014 through May 2014, Itzhak Loz, Ronen Fakiro and Boaz Borohov and Ofra Borohov manufactured and printed approximately $5.3 million worth of counterfeit $100 notes at the Deer Road warehouse.

59. On May 28, 2014, the United States Secret Service seized approximately $2.56 million worth of counterfeit $100 notes that were printed at the Deer Road warehouse and concealed inside of Loz's storage unit in Rockville Centre, New York on May 27, 2014. The United States Secret Service has classified these counterfeit $100 notes as C-23332.

60. On May 28, 2014, the United States Secret Service recovered two computers at the Deer Road warehouse belonging to Itzhak Loz and which contained over 3,000 of digital images of United States currency and its security features, including the front plate, back plate, Treasury seal, watermark portraits, serial numbers, security thread and blue 3-D ribbon. A Counterfeit Specialist from the United States Secret Service reviewed these images and determined that they were digital images of the following circular numbers, which were previously identified and classified as:

    a. C-22258
    b. C-22272
    c. C-23074
    d. C-23193
    e. C-23201
    f. C-23216
    g. C-23293
    h. C-23332
    i. C-23361
    j. C-23417
    k. C-23480
    l. C-23706

61. Johnny Lee purchased counterfeit $100 notes from Eduard Bangiyev from 2004 through 2014, which he later sold to others, including Tarell Johnson. Beginning around 2009, Johnny Lee obtained several hundred thousands of dollars' worth of counterfeit $100 notes from Eduard Bangiyev per quarter. The United States Secret Service has classified these counterfeit $100 notes as C-22272 and C-23332. At his arrest on June 1, 2014, Lee had approximately $900 in genuine United States currency in his possession, along with counterfeit United States currency.

62. After securing the $2.56 million in counterfeit $100 notes inside his New York storage unit, Itzhak Loz gave the remaining $2.8 million in counterfeit notes to

Eduard Bangiyev on May 27, 2014, at 108-14 64th Road, Forest Hills New York. Loz hand-delivered counterfeit United States currency to this address multiple times during the conspiracy. This property afforded a source of influence over the enterprise. This property is owned by M&A Star Realty, LLC, at 110-37 69th Avenue, Forest Hills, New York, the current residence of Eduard Bangiyev and his family.

63. Eduard Bangiyev and Arkadiy Bangiyev acquired and maintained assets in various TD Bank accounts that afforded a source of influence over the enterprise, including bank accounts held in their own names or in which they were signatories, including accounts held in the name of M&A Star Realty, LLC, or joint accounts of Arkadiy Bangiyev with Anna Bangiyev and Illana Bangiyev.

64. During their participation in the conspiracy, Eduard Bangiyev and Arkadiy Bangiyev owned and operated retail jewelry stores known as Elegant Jewelry and later, Westbury Jewelry Exchange until 2012. The Bangiyevs stored counterfeit United States currency inside this business and distributed it to their customers here as well.

65. In 2012, Arkadiy Bangiyev and Eduard Bangiyev became associated with A.K. 47th Street Buyers ("A.K. 47"), a gold and metal refinery business, located in Manhattan's diamond district at 74 West 47th Street, New York. A.K. 47 afforded a source of influence over the enterprise.

66. Arkadiy Bangiyev and Eduard Bangiyev utilized A.K. 47 to make it appear as if their illicit income from the distribution of counterfeit United States currency, and the assets they obtained from those illicit proceeds, were legitimate.

67. In and about December 2013, Arkadiy Bangiyev purchased a one-quarter ownership interest A.K. 47th Street Buyers for $100,000 in genuine United States currency. According to the New York Department of State, Arkadiy Bangiyev was the Chief Executive Officer of A.K. 47 Street Buyers, Inc. during the conspiracy.

68. On May 28, 2014, the United States Secret Service seized approximately $71,494 in genuine United States currency, as well as jewelry, gemstones and coins from the business premises of A.K. 47th Street Buyers, at 74 West 47th Street, New York, New York, as well as $4,824 in genuine United States currency at PNC Bank held in the name of A.K. 47th Street Buyers. Arkadiy Bangiyev and Eduard Bangiyev acquired and maintained an interest in these assets during the course of their participation in the conspiracy and had access to bank accounts held in the name of A.K. 47th Street Buyers.

69. On May 28, 2014, Eduard Bangiyev was arrested at the Monroe County courthouse

in Stroudsburg, Pennsylvania with approximately $954.74 and a man's watch in his possession. The passenger in his black 2011 Range Rover had a counterfeit $100 note in his possession.

70. During their participation in this conspiracy, Eduard Bangiyev and Arkadiy Bangiyev obtained the counterfeit currency at 10% to 20% of the face value of the counterfeit United States currency from Itzhak Loz. Upon distributing the counterfeit notes to their customers, Eduard Bangiyev and Arkadiy Bangiyev typically sold them for between 30% to 35% of the face value of the notes. These sales resulted in a profit of approximately 15% to 25% of the total amount of the face value of the counterfeit currency they obtained and distributed to others.

71. Eduard Bangiyev and Arkadiy Bangiyev financially supported their mother, father, adult sister as well as their own wives and minor children during the course of the conspiracy.

72. During the conspiracy, Eduard Bangiyev and Arkadiy Bangiyev misrepresented the source of their gross income and underreported the gross income they generated from the distribution and sale of counterfeit United States currency. Whatever legitimate income they may have generated during the conspiracy, if any, was not sufficient to have supported the purchase of the assets they acquired during their involvement in this conspiracy. Nor was the income of their spouses or family members, if legitimate, sufficient to have supported the purchase of the assets sought to be forfeited.

73. During the conspiracy, Eduard Bangiyev and Arkadiy Bangiyev acquired assets, such as real property, and registered the properties in the names and addresses of family members and third parties. In addition, Eduard Bangiyev knowingly purchased expensive vehicles, such as Range Rovers and Land Rovers, from unindicted co-conspirators for hundreds of thousands of dollars worth of counterfeit United States currency and tens of thousands of dollars in genuine United States currency. Arkadiy Bangiyev drove a 2006 Bentley that he kept at his residence on 102-02 65th Road but registered it in the name of Eduard Bangiyev at a Pennsylvania address. Eduard Bangiyev used the same Pennsylvania address to register some of his cars although that was not his primary address. Some of the vehicles acquired and maintained during the course of the conspiracy were used to transport genuine and counterfeit United States currency.

74. In 2012 through 2014, Arkadiy Bangiyev cashed in approximately $1,947.310.00 in genuine United States currency at casinos located in Atlantic City, New Jersey. However, during this same time period, Bangiyev only cashed out $910,007.00. In addition, Arkadiy Bangiyev conducted these currency transactions at the casinos using the name and identity of his brother, Eduard Bangiyev.

75. During the conspiracy, Johnny Lee purchased a 2013 Mini-Cooper and a 2009 Infiniti with tens of thousands of dollars in genuine United States currency generated from the distribution of counterfeit United States currency but registered the cars in the name of a third party nominee purchaser.

76. On December 2, 2014, Capital One Bank issued a cashier's check for $97,473.95 and made payable to Eduard Bangiyev, which is currently in the possession of counsel for Eduard Bangiyev.

77. During this investigation, the total amount of counterfeit Federal Reserve notes associated with this case were identified and classified by the United States Secret Service using the circular system. In addition, the total amount of counterfeit notes passed and seized in the United States was recorded and documented at or near the time that the notes were submitted to the United States Secret Service for investigation and identification.

78. I have reviewed the data made and kept at the United States Secret Service for the 12 circular notes found in the computer at the Deer Road address and referenced in this affidavit. The data is included in the attached chart.

79. The total amount of counterfeit $100 notes (classified as C-23332) passed and seized in the United States from 2004 through April 10, 2015 was $38,472,700;

80. The total amount of counterfeit $100 notes (classified as C-22272) passed and seized in the United States from 2004 through April 10, 2015 was $13,373,800;

81. The total amount of counterfeit $50 notes (classified as C-23201) passed and seized in the United States from 2004 through April 10, 2015 was $8,362,450;

82. The total amount of counterfeit United States currency passed and seized in the United States from 2004 through April 10, 2015, for all of the 12 circular notes possessed by Loz in the computer seized at the Deer Road address was $70,473,050.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Adam Gaab

Special Agent Adam Gaab
United States Secret Service

Executed on the 20th day of April, 2015

At Alexandria, Virginia

**ATTACHMENT A**

**TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY FOR THE CIRCULAR NOTES ASSOCIATED WITH THIS CASE AND PASSED AND SEIZED IN THE UNITED STATES FROM 2004 THROUGH APRIL 20, 2015**

| | Domestic | |
|---|---|---|
| **Fiscal Year** | **Domestic Passed** | **Domestic Seized** |
| **2004** | $3,688,200 | $476,600 |
| **2005** | $4,866,050 | $101,700 |
| **2006** | $1,737,650 | $158,600 |
| **2007** | $4,288,300 | $859,300 |
| **2008** | $4,524,400 | $49,500 |
| **2009** | $3,507,100 | $36,850 |
| **2010** | $5,413,150 | $94,150 |
| **2011** | $6,169,250 | $84,450 |
| **2012** | $11,468,200 | $105,900 |
| **2013** | $10,706,900 | $114,200 |
| **2014** | $8,070,750 | $2,642,000 |
| **2015** | $1,265,150 | $45,900 |
| **TOTALS** | **$65,705,100** | **$4,769,150** |

****FY2015 represents 10/01/2014 - 04/20/2015**

**Total Domestic Passed/Seized:** **$70,474,250**

**Grand Total Passed:** **$65,705,100**
**Grand Total Seized:** **$4,769,150**

**Grand Total:** **$70,474,250**

TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY PASSED AND SEIZED IN THE UNITED STATES (PER CIRCULAR NUMBER) FOR EACH FISCAL YEAR FROM 2004 THROUGH APRIL 20, 2015

## FISCAL YEAR 2015

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $1,800 | $-- | $1,800 |
| 22272 | $26,400 | $200 | $26,600 |
| 23074 | $2,500 | $-- | $2,500 |
| 23193 | $1,000 | $-- | $1,000 |
| 23201 | $11,250 | $-- | $11,250 |
| 23216 | $2,200 | $-- | $2,200 |
| 23293 | $300 | $-- | $300 |
| 23332 | $1,182,100 | $45,600 | $1,227,700 |
| 23361 | $6,600 | $100 | $6,700 |
| 23417 | $800 | $-- | $800 |
| 23480 | $8,200 | $-- | $8,200 |
| 23706 | $22,000 | $-- | $22,000 |
| **TOTAL** | **$1,265,150** | **$45,900** | **$1,311,050** |

## FISCAL YEAR 2014

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $5,500 | $-- | $5,500 |
| 22272 | $73,000 | $3,900 | $76,900 |
| 23074 | $7,400 | $-- | $7,400 |
| 23193 | $3,000 | $-- | $3,000 |
| 23201 | $35,950 | $100 | $36,050 |
| 23216 | $2,200 | $-- | $2,200 |
| 23293 | $1,900 | $-- | $1,900 |
| 23332 | $7,825,700 | $2,637,700 | $10,463,400 |
| 23361 | $15,200 | $-- | $15,200 |
| 23417 | $900 | $-- | $900 |
| 23480 | $23,400 | $100 | $23,500 |
| 23706 | $76,600 | $200 | $76,800 |
| **TOTAL** | **$8,070,750** | **$2,642,000** | **$10,712,750** |

**FISCAL YEAR 2013**

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $6,500 | $100 | $6,600 |
| 22272 | $67,200 | $100 | $67,300 |
| 23074 | $9,200 | $100 | $9,300 |
| 23193 | $3,900 | $-- | $3,900 |
| 23201 | $56,300 | $500 | $56,800 |
| 23216 | $3,600 | $-- | $3,600 |
| 23293 | $2,000 | $-- | $2,000 |
| 23332 | $10,379,300 | $106,500 | $10,485,800 |
| 23361 | $19,400 | $-- | $19,400 |
| 23417 | $1,400 | $-- | $1,400 |
| 23480 | $29,600 | $300 | $29,900 |
| 23706 | $128,500 | $6,600 | $135,100 |
| TOTAL | $10,706,900 | $114,200 | $10,821,100 |

**FISCAL YEAR 2012**

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $7,000 | $-- | $7,000 |
| 22272 | $96,300 | $300 | $96,600 |
| 23074 | $11,600 | $-- | $11,600 |
| 23193 | $5,100 | $-- | $5,100 |
| 23201 | $80,700 | $-- | $80,700 |
| 23216 | $6,600 | $-- | $6,600 |
| 23293 | $2,500 | $-- | $2,500 |
| 23332 | $10,518,900 | $84,800 | $10,603,700 |
| 23361 | $26,600 | $200 | $26,800 |
| 23417 | $3,700 | $-- | $3,700 |
| 23480 | $51,000 | $1,400 | $52,400 |
| 23706 | $658,200 | $19,200 | $677,400 |
| TOTAL | $11,468,200 | $105,900 | $11,574,100 |

## FISCAL YEAR 2011

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $11,400 | $-- | $11,400 |
| 22272 | $135,900 | $700 | $136,600 |
| 23074 | $24,500 | $200 | $24,700 |
| 23193 | $11,500 | $-- | $11,500 |
| 23201 | $156,750 | $450 | $157,200 |
| 23216 | $6,900 | $100 | $7,000 |
| 23293 | $3,400 | $-- | $3,400 |
| 23332 | $3,129,700 | $47,000 | $3,176,700 |
| 23361 | $49,200 | $-- | $49,200 |
| 23417 | $4,900 | $-- | $4,900 |
| 23480 | $127,300 | $1,400 | $128,700 |
| 23706 | $2,507,800 | $34,600 | $2,542,400 |
| **TOTAL** | **$6,169,250** | **$84,450** | **$6,253,700** |

## FISCAL YEAR 2010

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $10,600 | $-- | $10,600 |
| 22272 | $241,200 | $23,100 | $264,300 |
| 23074 | $124,600 | $200 | $124,800 |
| 23193 | $146,700 | $600 | $147,300 |
| 23201 | $384,550 | $5,150 | $389,700 |
| 23216 | $9,500 | $-- | $9,500 |
| 23293 | $4,300 | $-- | $4,300 |
| 23332 | $2,104,500 | $18,900 | $2,123,400 |
| 23361 | $148,400 | $800 | $149,200 |
| 23417 | $7,300 | $100 | $7,400 |
| 23480 | $862,600 | $10,900 | $873,500 |
| 23706 | $1,368,900 | $34,400 | $1,403,300 |
| **TOTAL** | **$5,413,150** | **$94,150** | **$5,507,300** |

## FISCAL YEAR 2009

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $14,300 | $-- | $14,300 |
| 22272 | $749,900 | $19,400 | $769,300 |
| 23074 | $178,700 | $1,400 | $180,100 |
| 23193 | $52,400 | $1,100 | $53,500 |
| 23201 | $556,600 | $450 | $557,050 |
| 23216 | $16,700 | $-- | $16,700 |
| 23293 | $6,100 | $100 | $6,200 |
| 23332 | $153,600 | $1,000 | $154,600 |
| 23361 | $993,600 | $12,300 | $1,005,900 |
| 23417 | $23,300 | $-- | $23,300 |
| 23480 | $761,300 | $1,100 | $762,400 |
| 23706 | $600 | $-- | $600 |
| TOTAL | $3,507,100 | $36,850 | $3,543,950 |

## FISCAL YEAR 2008

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $13,900 | $-- | $13,900 |
| 22272 | $402,900 | $8,200 | $411,100 |
| 23074 | $112,500 | $700 | $113,200 |
| 23193 | $53,100 | $100 | $53,200 |
| 23201 | $3,627,000 | $36,200 | $3,663,200 |
| 23216 | $42,700 | $-- | $42,700 |
| 23293 | $17,900 | $-- | $17,900 |
| 23332 | $232,800 | $4,300 | $237,100 |
| 23361 | $21,500 | $-- | $21,500 |
| 23417 | $100 | $-- | $100 |
| TOTAL | $4,524,400 | $49,500 | $4,573,900 |

## FISCAL YEAR 2007

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $20,500 | $-- | $20,500 |
| 22272 | $814,300 | $40,400 | $854,700 |
| 23074 | $50,100 | $1,900 | $52,000 |
| 23193 | $197,800 | $93,900 | $291,700 |
| 23201 | $2,864,700 | $541,900 | $3,406,600 |
| 23216 | $329,900 | $181,200 | $511,100 |
| 23293 | $10,700 | $-- | $10,700 |
| 23332 | $100 | $-- | $100 |
| 23417 | $100 | $-- | $100 |
| 23706 | $100 | $-- | $100 |
| **TOTAL** | **$4,288,300** | **$859,300** | **$5,147,600** |

## FISCAL YEAR 2006

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $46,600 | $400 | $47,000 |
| 22272 | $1,621,500 | $119,700 | $1,741,200 |
| 23074 | $43,800 | $36,500 | $80,300 |
| 23193 | $21,400 | $2,000 | $23,400 |
| 23201 | $3,850 | $-- | $3,850 |
| 23216 | $300 | $-- | $300 |
| 23332 | $200 | $-- | $200 |
| **TOTAL** | **$1,737,650** | **$158,600** | **$1,896,250** |

## FISCAL YEAR 2005

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $72,800 | $-- | $72,800 |
| 22272 | $4,793,200 | $101,700 | $4,894,900 |
| 23201 | $50 | $-- | $50 |
| **TOTAL** | **$4,866,050** | **$101,700** | **$4,967,750** |

## FISCAL YEAR 2004

| Circular | Domestic Passed | Seized | Total |
|---|---|---|---|
| 22258 | $130,300 | $200 | $130,500 |
| 22272 | $3,557,900 | $476,400 | $4,034,300 |
| **TOTAL** | **$3,688,200** | **$476,600** | **$4,164,800** |

**TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY PASSED AND SEIZED IN THE UNITED STATES (PER CIRCULAR NUMBER) FROM 2004 THROUGH APRIL 20, 2015**

| | Domestic | | |
|---|---|---|---|
| CIRC# | Passed | Seized | Total |
| 22258 | $341,200 | $700 | 341,900 |
| 22272 | $12,579,700 | $794,100 | 13,373,800 |
| 23074 | $564,900 | $41,000 | 605,900 |
| 23193 | $495,900 | $97,700 | 593,600 |
| 23201 | $7,777,700 | $584,750 | 8,362,450 |
| 23216 | $420,600 | $181,300 | 601,900 |
| 23293 | $49,100 | $100 | 49,200 |
| 23332 | $35,526,900 | $2,945,800 | 38,472,700 |
| 23361 | $1,280,500 | $13,400 | 1,293,900 |
| 23417 | $42,500 | $100 | 42,600 |
| 23480 | $1,863,400 | $15,200 | 1,878,600 |
| 23706 | $4,762,700 | $95,000 | 4,857,700 |
| TOTAL | $65,705,100 | $4,769,150 | 70,474,250 |