# Attachment A

# Key Terminology




**Front Plate:**
The basic image design areas on the front of the bill except for the seals, signatures, serial #s, and identifiers

**Treasury Seal:**
Green seal on the right side of the front of the bill




**Back Plate:**
The basic image design areas on the back of the bill except for the back plate number

# Classification

- The classification of counterfeit at the US Secret Service is known as the Circular System
- Each counterfeit bill receives a circular number
- Counterfeit bills have the same circular number if:
  - Same printing processes used
  - Same characteristics present on the front plate, back plate, and Treasury seal

# Forensic Analysis of C-22272




GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)

# Forensic Analysis of Computer File



GX 2-511
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)

# Forensic Association of C-22272 with Mac Computer



GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)



GX 2-511
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of Computer File




GX 2-413
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of C-22272 and Black Tower Computer



GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)



GX 2-413
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of C-22272




GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)

# Forensic Analysis of Computer File




GX 2-443
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of C-22272 with Black Tower Computer



GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)



GX 2-443
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of C-23201




GX 13-103
(Seized from Alvin Wren on 3/6/07)

# Forensic Analysis of C-23201




GX 13-105
(Sold by Alex Bangiyev to Devon Bost on 3/19/07 - 3/20/07)

# Forensic Analysis of Computer File




GX 2-411
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of C-23201 with Black Tower Computer



GX 13-103
(Seized from Alvin Wren on 3/6/07)



GX 13-105
(Sold by Alex Bangiyev to Devon Bost on 3/19/07 - 3/20/07)



GX 2-411
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of C-23201




GX 13-103
(Seized from Alvin Wren on 3/6/07)

# Forensic Analysis of C-23201




GX 13-105
(Sold by Alex Bangiyev to Devon Bost on 3/19/07 - 3/20/07)

# Forensic Analysis of Computer File



GX 2-412
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of C-23201 with Black Tower Computer



GX 13-103
(Seized from Alvin Wren on 3/6/07)



GX 13-105
(Sold by Alex Bangiyev to Devon Bost on 3/19/07 - 3/20/07)



GX 2-412
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of C-23332




GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)

# Forensic Analysis of C-23332




GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)