# Forensic Association of C-23332 Notes



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)

# Forensic Analysis of Printing Plate




GX 2-55
(Offset lithographic plate seized from NJ warehouse 5/28/14)

# Forensic Analysis of Transparency




GX 2-59
(Plastic transparency seized from NJ warehouse 5/28/14)

# Forensic Association of Plate and Transparency Consistent with C-23332



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 2-55
(Offset lithographic plate seized from NJ warehouse 5/28/14)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)



GX 2-59
(Plastic transparency seized from NJ warehouse 5/28/14)

# Forensic Analysis of Computer File



GX 2-512
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of Computer File



GX 2-414
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of Computer Files with C-23332



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 2-512
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)



GX 2-414
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of C-23332




GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)

# Forensic Analysis of C-23332




GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)

# Forensic Association of C-23332 Notes



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)

# Forensic Analysis of Printing Plate




GX 2-55
(Offset lithographic plate seized from NJ warehouse 5/28/14)

# Forensic Analysis of Transparency




GX 2-59
(Plastic transparency seized from NJ warehouse 5/28/14)

# Forensic Association of Plate and Transparency Consistent with C-23332



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 2-55
(Offset lithographic plate seized from NJ warehouse 5/28/14)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)



GX 2-59
(Plastic transparency seized from NJ warehouse 5/28/14)

Marybeth Dellibovi

# Forensic Analysis of Computer File



GX 2-513
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of Computer File




GX 2-415
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Association of Computer Files with C-23332



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 2-513
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)



GX 2-415
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

Marybeth Dellibovi

# Forensic Association of Treasury Seals




GX 21
(Passed by Maurice Hazel in New Jersey and seized 10/04/04)




GX 13-103
(Seized from Alvin Wren on 3/6/07)




GX 13-105
(Sold by Alex Bangiyev to Devon Bost on 3/19/07 - 3/20/07)

# Forensic Association of Treasury Seals



GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)



GX 4-101
(Seized from Loz's NY storage unit on 5/28/14)




GX 2-55
(Offset lithographic plate seized from NJ warehouse 5/28/14)

# Forensic Association of Treasury Seals




GX 2-59
(Plastic transparency seized from NJ warehouse 5/28/14)




GX 2-514
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)



GX 2-416
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)

# Forensic Analysis of Watermark and Security Thread Simulations




GX 15-101
(Controlled purchase from Tarell Johnson on 5/20/13)

# Forensic Association of Items Found in NJ Warehouse



GX 2-441
(Computer file from black tower computer seized from NJ warehouse on 5/28/14)



GX 2-70
(Metal die seized from NJ warehouse on 5/28/14)



GX 2-517
(Computer file from Mac computer seized from NJ warehouse on 5/28/14)