# Attachment B

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14CR206 |
| | ) | |
| ITZHAK LOZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF HEIDI A. BURGHARDT

I, Heidi A. Burghardt, under penalty of perjury, depose and state as follows:

1. I am currently employed as a Counterfeit Systems Specialist with the United States Secret Service (USSS), and have been so employed since June 21, 1982.

2. By law, the USSS is responsible for investigating and preventing the counterfeiting of obligations of the United States, including United States currency (counterfeit currency). See 31 C.F.R. §100, *et seq.* Pursuant to law, counterfeit United States currency is routinely submitted to the USSS by law enforcement and financial institutions for further investigation. In order to inventory and track all of the counterfeit United States currency it receives and maintains, the USSS records this information in an electronic database called the Counterfeit Tracking Application (CTA).

3. The USSS records every single piece of counterfeit United States currency seized (i.e., found at the point of production or seized by law enforcement before it is sent to or received by financial institutions), and passed (i.e., found in circulation or received at a financial institution) by denomination, location and production method upon its receipt at the USSS in its various field offices.

4. When a counterfeit note is received by the USSS, the identifiers are entered into CTA database to assign a classification. One type of classification is called a "circular number". Each unique circular number will have a set of identifiers, printing processes, and printing defects. If a counterfeit note is not of record with the USSS, then a Counterfeit Specialist will request the CTA to generate the next available circular number, beginning with a "C" or a "D". Also, circular numbers can themselves be related, when particular unique printed images and their defects

occur in various combinations, in multiple circulars. These circulars are forensically associated thus creating a family of circulars, the oldest of which is referred to as the parent note "PN".

5. Each counterfeit note seized as evidence can be logged into the CTA by authorized users, including Special Agents of the USSS who are assigned to conduct criminal investigations of counterfeit currency.

6. Each counterfeit note seized or received by the USSS which can be linked to a specific criminal investigation or ongoing prosecution is logged into the CTA as evidence. The CTA provides the USSS with the ability to create and maintain a comprehensive, electronic chain of custody for all inventories of evidence for all of the counterfeit currency seized in its criminal investigations. This inventory of evidence can be printed on a standardized Secret Service Form called a SSF 1544.

7. All counterfeit notes received by the USSS that is not affiliated to a particular person, a known scheme or a criminal investigation is categorized and logged in the CTA as NIE (Not-in-Evidence).

8. A CTA User (Counterfeit Technicians, Counterfeit Management Specialists, Investigative Support Assistants and Special Agents) at the USSS is responsible for, among other things, receiving suspected counterfeit currency sent to the USSS for verification and performing data entry into the CTA. A CTA User is also authorized to log suspected counterfeit currency received at the USSS for classification as NIE or as evidence into the CTA.

9. The CTA also provides its authorized users access to detailed data regarding any circular notes that have been forensically examined by USSS Counterfeit Specialists. Such data includes information about the ink, paper, printing processes, and techniques employed in the simulation of security features of the circular notes, as determined only by the USSS Counterfeit Specialists.

10. The CTA can be used to conduct various types of electronic queries about counterfeit currency and generate comprehensive reports on counterfeit processing statistics, and aggregated investigation information for the USSS. Based on my training and experience, I am familiar with CTA.

11. In order to carry out my duties and responsibilities as a Counterfeit Systems Specialist, I have administrator rights and access to the CTA. I have also received training in Structured Query Language (SQL) Programming Language, Oracle PL/SQL Programming and Developing SQL Queries for Oracle Databases, and counterfeit detection that qualify me to manage data held in a relational database management system.

12. I serve as a primary point of contact within the USSS for the CTA. As a result, I provide expertise to the USSS on counterfeit statistics and research. I am also responsible for tracking and monitoring counterfeiting initiatives that involve or impact the USSS.

13. As part of my normal duties, I routinely obtain electronic data from the CTA and generate weekly counterfeit reports as well as quarterly, monthly and annual statistical reports on counterfeit U.S. currency seized and passed both domestically and abroad.

14. I also review, edit and prepare reports based on statistical data and historical summaries from the CTA that are used by the Director of the USSS and the United States Department of Treasury representatives at scheduled meetings.

15. As part of my normal duties, I prepare special and recurring reports citing statistical information obtained from the CTA. These reports are used by the Director of the USSS and other USSS personnel for budget testimony before the United States Congress and for presentations to the Appropriations Committee of the United States House of Representatives, and other Congressional hearings.

16. Based on my training and experience, I know that all authorized users of the CTA are required to review and audit their current records each month to ensure accuracy of the data maintained. In addition, the authorized users and their supervisors are required to verify their monthly reports. The CTA records are also routinely audited and verified by the USSS for accuracy.

17. Based on my training and experience, I know that the CTA system accurately records, tracks, and manages electronic records of counterfeit United States currency obtained and maintained by the USSS. I also know that the electronic data collection of counterfeit United States currency that is captured by the CTA is routinely relied upon by the USSS in order to comply with its legal obligations to investigate and prevent the counterfeiting of United States currency.

18. In this case, I was asked by USSS Special Agent Adam Gaab to query the CTA database to calculate the total amount of all counterfeit United States currency passed or seized in the United States for all the circular notes forensically linked and associated with the circular notes found, analyzed and classified during the investigation of *United States v. Itzhak Loz, et al.* from fiscal year 2004 through the present. As set forth in the attached chart, the total amount is $70,474,250.

19. In addition, Special Agent Gaab asked me to itemize the total amount of counterfeit United States currency passed and seized in the United States per year for each of the 12 circular notes forensically linked to the digital images of United States currency and their security features found in Itzhak Loz's computers. The

attached chart itemizes the totals per fiscal year starting in 2004 through the present.

20. In response to Special Agent Gaab's request, the CTA was queried to obtain the relevant data, as set forth in the attached chart. I have reviewed the attached chart and the supporting data from the CTA. As part of my duties and responsibilities, I know that the data in the attached chart was taken from the electronic records made and kept in the CTA by the USSS as part of its legal obligations to investigate counterfeit currency and maintained by me in connection with my employment at the USSS. I believe that this data is true and accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Heidi A. Burghardt

Executed on the 23 day of April, 2015

At Washington, D.C.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 23 day of April, 2015
O'Tisha Kenyetta Thompson, Notary Public, D.C.
My commission expires December 14, 2015.

**TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY FOR THE CIRCULAR NOTES ASSOCIATED WITH THIS CASE AND PASSED AND SEIZED IN THE UNITED STATES FROM 2004 THROUGH APRIL 20, 2015**

| | Domestic | |
|---|---|---|
| **Fiscal Year** | **Domestic Passed** | **Domestic Seized** |
| **2004** | $3,688,200 | $476,600 |
| **2005** | $4,866,050 | $101,700 |
| **2006** | $1,737,650 | $158,600 |
| **2007** | $4,288,300 | $859,300 |
| **2008** | $4,524,400 | $49,500 |
| **2009** | $3,507,100 | $36,850 |
| **2010** | $5,413,150 | $94,150 |
| **2011** | $6,169,250 | $84,450 |
| **2012** | $11,468,200 | $105,900 |
| **2013** | $10,706,900 | $114,200 |
| **2014** | $8,070,750 | $2,642,000 |
| **2015** | $1,265,150 | $45,900 |
| **TOTALS** | **$65,705,100** | **$4,769,150** |

****FY2015 represents 10/01/2014 - 04/20/2015**

**Total Domestic Passed/Seized:** **$70,474,250**

**Grand Total Passed:** **$65,705,100**
**Grand Total Seized:** **$4,769,150**

**Grand Total:** **$70,474,250**

**TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY PASSED AND SEIZED IN THE UNITED STATES (PER CIRCULAR NUMBER) FOR EACH FISCAL YEAR FROM 2004 THROUGH APRIL 20, 2015**

## FISCAL YEAR 2015

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $1,800 | $-- | $1,800 |
| 22272 | $26,400 | $200 | $26,600 |
| 23074 | $2,500 | $-- | $2,500 |
| 23193 | $1,000 | $-- | $1,000 |
| 23201 | $11,250 | $-- | $11,250 |
| 23216 | $2,200 | $-- | $2,200 |
| 23293 | $300 | $-- | $300 |
| 23332 | $1,182,100 | $45,600 | $1,227,700 |
| 23361 | $6,600 | $100 | $6,700 |
| 23417 | $800 | $-- | $800 |
| 23480 | $8,200 | $-- | $8,200 |
| 23706 | $22,000 | $-- | $22,000 |
| **TOTAL** | **$1,265,150** | **$45,900** | **$1,311,050** |

## FISCAL YEAR 2014

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $5,500 | $-- | $5,500 |
| 22272 | $73,000 | $3,900 | $76,900 |
| 23074 | $7,400 | $-- | $7,400 |
| 23193 | $3,000 | $-- | $3,000 |
| 23201 | $35,950 | $100 | $36,050 |
| 23216 | $2,200 | $-- | $2,200 |
| 23293 | $1,900 | $-- | $1,900 |
| 23332 | $7,825,700 | $2,637,700 | $10,463,400 |
| 23361 | $15,200 | $-- | $15,200 |
| 23417 | $900 | $-- | $900 |
| 23480 | $23,400 | $100 | $23,500 |
| 23706 | $76,600 | $200 | $76,800 |
| **TOTAL** | **$8,070,750** | **$2,642,000** | **$10,712,750** |

## FISCAL YEAR 2013

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $6,500 | $100 | $6,600 |
| 22272 | $67,200 | $100 | $67,300 |
| 23074 | $9,200 | $100 | $9,300 |
| 23193 | $3,900 | $-- | $3,900 |
| 23201 | $56,300 | $500 | $56,800 |
| 23216 | $3,600 | $-- | $3,600 |
| 23293 | $2,000 | $-- | $2,000 |
| 23332 | $10,379,300 | $106,500 | $10,485,800 |
| 23361 | $19,400 | $-- | $19,400 |
| 23417 | $1,400 | $-- | $1,400 |
| 23480 | $29,600 | $300 | $29,900 |
| 23706 | $128,500 | $6,600 | $135,100 |
| TOTAL | **$10,706,900** | **$114,200** | **$10,821,100** |

## FISCAL YEAR 2012

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $7,000 | $-- | $7,000 |
| 22272 | $96,300 | $300 | $96,600 |
| 23074 | $11,600 | $-- | $11,600 |
| 23193 | $5,100 | $-- | $5,100 |
| 23201 | $80,700 | $-- | $80,700 |
| 23216 | $6,600 | $-- | $6,600 |
| 23293 | $2,500 | $-- | $2,500 |
| 23332 | $10,518,900 | $84,800 | $10,603,700 |
| 23361 | $26,600 | $200 | $26,800 |
| 23417 | $3,700 | $-- | $3,700 |
| 23480 | $51,000 | $1,400 | $52,400 |
| 23706 | $658,200 | $19,200 | $677,400 |
| TOTAL | **$11,468,200** | **$105,900** | **$11,574,100** |

**FISCAL YEAR 2011**

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $11,400 | $-- | $11,400 |
| 22272 | $135,900 | $700 | $136,600 |
| 23074 | $24,500 | $200 | $24,700 |
| 23193 | $11,500 | $-- | $11,500 |
| 23201 | $156,750 | $450 | $157,200 |
| 23216 | $6,900 | $100 | $7,000 |
| 23293 | $3,400 | $-- | $3,400 |
| 23332 | $3,129,700 | $47,000 | $3,176,700 |
| 23361 | $49,200 | $-- | $49,200 |
| 23417 | $4,900 | $-- | $4,900 |
| 23480 | $127,300 | $1,400 | $128,700 |
| 23706 | $2,507,800 | $34,600 | $2,542,400 |
| TOTAL | $6,169,250 | $84,450 | $6,253,700 |

**FISCAL YEAR 2010**

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $10,600 | $-- | $10,600 |
| 22272 | $241,200 | $23,100 | $264,300 |
| 23074 | $124,600 | $200 | $124,800 |
| 23193 | $146,700 | $600 | $147,300 |
| 23201 | $384,550 | $5,150 | $389,700 |
| 23216 | $9,500 | $-- | $9,500 |
| 23293 | $4,300 | $-- | $4,300 |
| 23332 | $2,104,500 | $18,900 | $2,123,400 |
| 23361 | $148,400 | $800 | $149,200 |
| 23417 | $7,300 | $100 | $7,400 |
| 23480 | $862,600 | $10,900 | $873,500 |
| 23706 | $1,368,900 | $34,400 | $1,403,300 |
| TOTAL | $5,413,150 | $94,150 | $5,507,300 |

**FISCAL YEAR 2009**

| | Domestic | | |
|---|---|---|---|
| **Circular** | **Passed** | **Seized** | **Total** |
| **22258** | $14,300 | $-- | $14,300 |
| **22272** | $749,900 | $19,400 | $769,300 |
| **23074** | $178,700 | $1,400 | $180,100 |
| **23193** | $52,400 | $1,100 | $53,500 |
| **23201** | $556,600 | $450 | $557,050 |
| **23216** | $16,700 | $-- | $16,700 |
| **23293** | $6,100 | $100 | $6,200 |
| **23332** | $153,600 | $1,000 | $154,600 |
| **23361** | $993,600 | $12,300 | $1,005,900 |
| **23417** | $23,300 | $-- | $23,300 |
| **23480** | $761,300 | $1,100 | $762,400 |
| **23706** | $600 | $-- | $600 |
| **TOTAL** | **$3,507,100** | **$36,850** | **$3,543,950** |

**FISCAL YEAR 2008**

| | Domestic | | |
|---|---|---|---|
| **Circular** | **Passed** | **Seized** | **Total** |
| **22258** | $13,900 | $-- | $13,900 |
| **22272** | $402,900 | $8,200 | $411,100 |
| **23074** | $112,500 | $700 | $113,200 |
| **23193** | $53,100 | $100 | $53,200 |
| **23201** | $3,627,000 | $36,200 | $3,663,200 |
| **23216** | $42,700 | $-- | $42,700 |
| **23293** | $17,900 | $-- | $17,900 |
| **23332** | $232,800 | $4,300 | $237,100 |
| **23361** | $21,500 | $-- | $21,500 |
| **23417** | $100 | $-- | $100 |
| **TOTAL** | **$4,524,400** | **$49,500** | **$4,573,900** |

## FISCAL YEAR 2007

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $20,500 | $-- | $20,500 |
| 22272 | $814,300 | $40,400 | $854,700 |
| 23074 | $50,100 | $1,900 | $52,000 |
| 23193 | $197,800 | $93,900 | $291,700 |
| 23201 | $2,864,700 | $541,900 | $3,406,600 |
| 23216 | $329,900 | $181,200 | $511,100 |
| 23293 | $10,700 | $-- | $10,700 |
| 23332 | $100 | $-- | $100 |
| 23417 | $100 | $-- | $100 |
| 23706 | $100 | $-- | $100 |
| TOTAL | **$4,288,300** | **$859,300** | **$5,147,600** |

## FISCAL YEAR 2006

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $46,600 | $400 | $47,000 |
| 22272 | $1,621,500 | $119,700 | $1,741,200 |
| 23074 | $43,800 | $36,500 | $80,300 |
| 23193 | $21,400 | $2,000 | $23,400 |
| 23201 | $3,850 | $-- | $3,850 |
| 23216 | $300 | $-- | $300 |
| 23332 | $200 | $-- | $200 |
| TOTAL | **$1,737,650** | **$158,600** | **$1,896,250** |

## FISCAL YEAR 2005

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $72,800 | $-- | $72,800 |
| 22272 | $4,793,200 | $101,700 | $4,894,900 |
| 23201 | $50 | $-- | $50 |
| TOTAL | **$4,866,050** | **$101,700** | **$4,967,750** |

## FISCAL YEAR 2004

| | Domestic | | |
|---|---|---|---|
| Circular | Passed | Seized | Total |
| 22258 | $130,300 | $200 | $130,500 |
| 22272 | $3,557,900 | $476,400 | $4,034,300 |
| TOTAL | **$3,688,200** | **$476,600** | **$4,164,800** |

**TOTAL AMOUNT OF COUNTERFEIT UNITED STATES CURRENCY PASSED AND SEIZED IN THE UNITED STATES (PER CIRCULAR NUMBER) FROM 2004 THROUGH APRIL 20, 2015**

| | Domestic | | |
|---|---|---|---|
| CIRC# | Passed | Seized | Total |
| 22258 | $341,200 | $700 | 341,900 |
| 22272 | $12,579,700 | $794,100 | 13,373,800 |
| 23074 | $564,900 | $41,000 | 605,900 |
| 23193 | $495,900 | $97,700 | 593,600 |
| 23201 | $7,777,700 | $584,750 | 8,362,450 |
| 23216 | $420,600 | $181,300 | 601,900 |
| 23293 | $49,100 | $100 | 49,200 |
| 23332 | $35,526,900 | $2,945,800 | 38,472,700 |
| 23361 | $1,280,500 | $13,400 | 1,293,900 |
| 23417 | $42,500 | $100 | 42,600 |
| 23480 | $1,863,400 | $15,200 | 1,878,600 |
| 23706 | $4,762,700 | $95,000 | 4,857,700 |
| **TOTAL** | **$65,705,100** | **$4,769,150** | **70,474,250** |