United States v. Itzhak Loz, et al.
1:14-CR-206

# TRANSCRIPT OF A SERIES OF CONSENSUALLY MONITORED AND RECORDED TELEPHONE CALLS BETWEEN DEVON BOST AT (646) 586-2648 AND "ALEX" AT (516) 503-4654 AND "EDDIE" AT (917) 577-2914 ON MARCH 19, 2007

Preamble: The following is a consensually monitored telephone conversation between cooperating subject and Alex LNU from phone number (646) 586-2648 to (516) 503-4654. Today's date is March 19, 2007, the time is approximately 21:00 hours. The agents present are Special Agent Eric Pecunia, Special Agent Lionel Klein and Special Agent Arturo DeSimone.

1st phone call

Phone rings. Please leave your message for 5 . . .

Preamble: The following is a consensually monitored telephone conversation between the cooperating subject and Eddie LNU, believed to be Alex LNU's brother. Eddie's LNU's cell number is (917) 577-2914. The date is March 19, 2007. The time is approximately 21:07 hours.

2nd phone call

1 Eddie: What's up? Hello?

2 Bost: Hello.

3 Eddie: Yeah. What's up, man?

4 Bost: Yeah, E. What's up, my nigga?

5 Eddie: I'm in the middle of something. What's up?

6 Bost: Nah, I'm trying to call your brother. The nigga ain't answering the phone. Where he at?

7 Eddie: I'm at a memorial thing, ya know?

8 Bost: Huh?

9 Eddie: A friend of my mother passed away, so that's why I am here.

GOVERNMENT EXHIBIT
13-11
1:14CR206

10 Bost: Oh, ok ok. So, your brother there, too?

11 Eddie: No, no. Actually, he's not here. What's up, though?

12 Bost: Nah, I'm trying to contact him. I had gotten something earlier. I had to give him that bread back, also, and I needed . . . my peoples are coming for that big order. So, I'm trying to get into contact with him.

13 Eddie: So, what's the big order? Tell me.

14 Bost: The carat. The carats, brother, the 10 carats. I told your brother already.

15 Eddie: Alright, man. When, today?

16 Bost: Yeah, later on. My people, my peoples, my peoples will be here later on in the evening time sometime.

17 Eddie: No problem, get in touch with me I'll hook you up. Don't worry about it.

18 Bost: Alright, no problem. I'll . . . so, I will keep you posted.

19 Eddie: Exactly, later.

20 Bost: Later . . .

<u>3rd phone call</u>

Phone rings. Please leave your message for ....

United States v. Itzhak Loz, et al.

1:14-CR-206

4th phone call

1 Eddie: Hello?

2 Bost: Chrome Dome.

3 Eddie: What's up, man?

4 Bost: What's up, my nigga?

5 Eddie: Talk to me.

6 Bost: Shit. What time we looking like?

7 Eddie: Ah, like 11, 11:30.

8 Bost: 11, 11:30?

9 Eddie: Yeah.

10 Bost: Alright. Mobil?

11 Eddie: Ah, whatever you want. Main Street maybe?

12 Bost: Yeah. Same place, so we can keep it moving.

13 Eddie: Main Street ok?

14 Bost: You heard me?

15 Eddie: Main Street.

16 Bost: You want to go to Main Street?

17 Eddie: Yeah, man so that way. Mobil kind of closed right now. You know what I mean?

18 Bost: Ok.

19 Eddie: Too many eyes.

20 Bost: Alright.

21 Eddie: Alright?

22 Bost: Alright.

23 Eddie: I'll give you a call.

24 Bost: Ok.

25 Eddie: Bye.

26 Bost: Bye.

United States v. Itzhak Loz, et al.

1:14-CR-206

5th phone call

| | | |
|---|---|---|
| 1 | Alex: | Yo. Hello. |
| 2 | Bost: | Yo, "A." What up, my nigga? |
| 3 | Alex: | Ah, how you doing? |
| 4 | Bost: | Ain't shit. What's going on, brother? I've been trying to call you all fucking day. |
| 5 | Alex: | Yeah, I know you called but, you know, my phone was in the car. I was in the spa. |
| 6 | Bost: | Alright, listen, um, I told your brother my peoples is here with the . . . with the . . . with the 10 carat situation. |
| 7 | Alex: | Ok. When and what time? |
| 8 | Bost: | Shit - your brother. I've been talking to your brother. They been, they been waiting. |
| 9 | Alex: | I know, I know, I know you called to my brother. I know but you know. |
| 10 | Bost: | But what I'm telling you is that they've been waiting for a long period of time. So, like, they're frustrated. They ready to leave. They pissed off, so um. |
| 11 | Alex: | Ok but you got to give me at least, now its 10:40; you got to give me to at least until 10:30 time. |
| 12 | Bost: | What time is it now? |
| 13 | Alex: | 10:40, 10:40, 11:40 you got to give me time till 11:30. |
| 14 | Bost: | Ok, no problem. |
| 15 | Alex: | Alright? |
| 16 | Bost: | Yeah, we good. |
| 17 | Alex: | I'll call you, bye-bye. |
| 18 | Bost: | Alright, my nigga. Bye. |