# REPORT

United States Secret Service
Office of Investigations
Forensic Services Division
**Fingerprint Operations Branch**

December 19, 2014

**To:** SAIC – Washington

**Case No.:** [redacted]
**X-Ref.:**

SA Adam Gaab

**Subject:** Alvin Wren, et al.

**Type of Examination:** Latent Print

Reference is made to your SSF 3115, dated September 9, 2014, as well as an in-person conversation between Lead Fingerprint Specialist Shelly Brazelle and SA Adam Gaab on December 12, 2014. Reference is also made to Forensic Services Division/Fingerprint Operations Branch (FSD/FOB) Memorandum dated November 5, 2014.

## I. EXHIBITS EXAMINED

A. Twenty counterfeit $50 Federal Reserve Notes (FRNs), Item 1 on SSF 1544, Serial No. 108 2007 CS 000059, dated January 26, 2007

B. One counterfeit $50 FRN, Item 1 on SSF 1544, Serial No. 108 2007 CS 000064, dated January 23, 2007

C. Sixty-six counterfeit $50 FRNs, Item 1 on SSF 1544, Serial No. 108 2007 CS 000089, dated March 6, 2007

D. One hundred and thirteen counterfeit $50 FRNs, Item 1 on SSF 1544, Serial No. 108 2007 CS 000090, dated March 6, 2007

E. Two thousand counterfeit $50 FRNs, Items 1, 2, and 3 on SSF 1544, Serial No. 108 2007 CS 000092, dated March 20, 2007

F. Four hundred counterfeit $50 FRNs, Item 1 on SSF 1544, Serial No. 108 2007 CS 000093, dated March 19, 2007

G. Copies of fingerprint cards bearing the names:
- Fredrick Devone Barrett, [redacted]
- Arkadiy S Bangiyev, [redacted]
- Eduard Bangiyev, [redacted]
- Boaz Borohov, [redacted]
- Ofra Borohov, [redacted]
- Eric Buchanan, [redacted]
- Shatavia Cureton, [redacted]
- Ramel S Epps, [redacted]

GOVERNMENT EXHIBIT
13-301
1:14CR206

December 19, 2014
Case No.: [redacted]
X-Ref.: [redacted]



- Ronen Fakiro, [redacted]
- Brattie Guerra, [redacted]
- Craig Johnson, [redacted]
- Tarell Lavon Johnson, [redacted]
- Johnny Lee, [redacted]
- Itzhak Loz, [redacted]
- Shannon Smith, [redacted]
- Robert Davydon, [redacted]

II. Copies of fingerprint cards and palm print cards bearing the names:
- Arkadiy S Bangiyev, [redacted]
- Eduard Bangiyev, [redacted]
- Frederick Devon Barrett, [redacted]
- Boaz Borohov, [redacted]
- Ronen Fakiro, [redacted]
- Brattie A Guerra, [redacted]
- Craig Johnson, [redacted]
- Tarell Lavon Johnson, [redacted]
- Johnny Elegante Lee, [redacted]
- Itzhak Loz, [redacted]
- Shannon Lomont Smith, [redacted]

## II. RESULTS OF EXAMINATION

Twenty-five latent fingerprints, four latent palm prints and one impression, either a fingerprint or palm print, suitable for identification purposes have been detected on twenty-one counterfeit $50 FRNs, parts of Exhibits A, C, D, E, and F.

The latent prints were compared with the individuals listed in Exhibits G and H, resulting in the following identifications:

**ARKADIY S. BANGIYEV,**
[redacted] **AND** [redacted]

One latent fingerprint on a counterfeit $50 FRN, Serial No. GE27390800A, part of Item 1 on SSF 1544, Serial No. 108 2007 CS 000059, and designated Item 59-1 in the FSD/FOB.

December 19, 2014
Case No.: [redacted]
X-Ref.: [redacted]



One latent fingerprint on a counterfeit $50 FRN, Serial No. GE27390822A, part of Item 1 on SSF 1544, Serial No. 108 2007 CS 000090, and designated Item 90-11 in FSD/FOB.

Two latent fingerprints on a counterfeit $50 FRN, Serial No. GK53846247A, part of Item 1 on SSF 1544, Serial No. 108 2007 CS 000092, and designated Item 92-250 in FSD/FOB.

One latent fingerprint on a counterfeit $50 FRN, Serial No. GE27390800A, part of Item 1 on SSF 1544, Serial No. 108 2007 CS 000092, and designated Item 92-1701 in the FSD/FOB.

**ITZHAK LOZ,**

[redacted]

One latent fingerprint on a counterfeit $50 FRN, Serial No. GL10157484B, part of Item 1 on SSF 1544, Serial No. 108 2007 CS 000089, and designated Item 89-51 in the FSD/FOB.

Nine latent fingerprints are not the fingerprints of Barrett, Arkadiy S Bangiyev, Eduard Bangiyev, Boaz Borohov, Ofra Borohov, Buchanan, Cureton, Epps, Fakiro, Guerra, Craig Johnson, Tarell Lavon Johnson, Lee, Loz, Smith, or Davydon.

Three latent fingerprints were compared, inconclusively, with the fingerprints of Barrett, Arkadiy S Bangiyev, Eduard Bangiyev, Boaz Borohov, Ofra Borohov, Buchanan, Cureton, Epps, Fakiro, Guerra, Craig Johnson, Tarell Lavon Johnson, Lee, Loz, Smith, or Davydon, because the comparable sides and lower joint areas were not available/clearly recorded.

Two latent fingerprints were compared, inconclusively, with the fingerprints of Davydon, because the comparable side areas were not available/clearly recorded, and are not the fingerprint of the remaining individuals.

Two latent fingerprints were compared, inconclusively, with the fingerprints of Davydon and Ofra Borohov, because the comparable side areas were not available/clearly recorded, and are not the fingerprints of the remaining individuals.

One latent fingerprint was compared, inconclusively, with the fingerprints of Boaz Borohov, Ofra Borohov, and Fakiro, because the comparable side areas were not available/clearly recorded, and is not the fingerprint of the remaining individuals.

One latent fingerprint was compared, inconclusively, with the fingerprints of Eduard Bangiyev, Ofra Borohov, Davydon, and Fakiro, because the comparable side areas were not available/clearly recorded, and is not the fingerprint of the remaining individuals.

One latent fingerprint was compared, inconclusively, with the fingerprints of Boaz Borohov, Ofra Borohov, Arkadiy S. Bangiyev, Eduard Bangiyev, Davydon, Fakiro, and Smith, because the comparable side areas were not available/clearly recorded, and is not the fingerprint of the remaining individuals.

Three latent palm prints are not the palm prints of Arkadiy S. Bangiyev, Eduard Bangiyev, Barrett, Boaz Borohov, Fakiro, Guerra, Craig Johnson, Tarell Lavon Johnson, Loz, or Smith.

One latent palm print was compared, inconclusively, with the palm prints of Fakiro, because the comparable area was not available/clearly recorded and is not the palm prints of Arkadiy S. Bangiyev, Eduard Bangiyev, Barrett, Boaz Borohov, Guerra, Craig Johnson, Tarell Lavon Johnson, Loz, or Smith. No palm prints are available for Ofra Borohov, Buchanan, Cureton, Davydon, Epps, or Lee.

One latent impression, either a fingerprint or palm print, were compared, inconclusively, with the fingerprints and palm prints of Barrett, Arkadiy S Bangiyev, Eduard Bangiyev, Boaz Borohov, Ofra Borohov, Buchanan, Cureton, Epps, Fakiro, Guerra, Craig Johnson, Tarell Lavon Johnson, Lee, Loz, Smith, or Davydon, because the comparable lower joint and palm areas were not available/clearly recorded.

Automated searches of some of the suitable latent fingerprints were conducted in the Federal Bureau of Investigation's Integrated Automated Fingerprint Identification System and no identifications were effected.

## III. REMARKS

The results are opinions and interpretations formed using accepted scientific and professional practices.

Completely and clearly recorded fingerprints, including the side and lower joint areas, as well as the entire palm print areas, of Barrett, Arkadiy S Bangiyev, Eduard Bangiyev, Boaz Borohov, Ofra Borohov, Buchanan, Cureton, Epps, Fakiro, Guerra, Craig Johnson, Tarell Lavon Johnson, Lee, Loz, Smith, or Davydon, are needed for conclusive comparisons to some of the unidentified latent prints.

In the event latent print testimony is required in the trial of this case, it is requested that two weeks notice be given prior to scheduled testimony.

December 19, 2014
Case No.: [redacted]
X-Ref.: [redacted]



Photographs of the latent prints in this case are maintained in the FSD and are available for any additional comparisons you may request.

Photographic images were taken of the evidence prior to examination and are enclosed.

Exhibits A through F are enclosed. Exhibits G and H are being retained in the FSD.

Examination by:

Shelly Brazelle
Lead Fingerprint Specialist

Approved by:

Michael H. Lashlee
Special Agent in Charge

Enclosures: UPS
cc: Criminal Investigative Division