IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:14cr206
)
ITZHAK LOZ, *et al.* )

Summary of Phone Records on March 19, 2007

| Date | Time | From | To | Source of Information |
|---|---|---|---|---|
| March 19, 2006 | 00:50 am | 917-577-2914 (Eduard Bangiyev) | 917-612-0614 (Alex Bangiyev) | 13-53 |
| March 19, 2006 | 10:56 am | 646-586-2648 (Devon Bost) | 516-503-4654 (Alex Bangiyev) | 13-51 |
| March 19, 2006 | 11:12 am | 516-503-4654 (Alex Bangiyev) | 917-605-6737 (YakubYusupov) | 13-51 |
| March 19, 2006 | 11:53 am | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |
| March 19, 2006 | 12:02 pm | 646-586-2648 (Devon Bost) | 516-503-4654 (Alex Bangiyev) | 13-51 |
| March 19, 2006 | 12:14 am | 1-917-605-6737 (Devon Bost) | 917-612-0614 (Alex Bangiyev) | 13-53 |
| March 19, 2006 | 1:17 pm | 1-917-605-6737 (Devon Bost) | 917-612-0614 (Alex Bangiyev) | 13-53 /11-22 |
| March 19, 2006 | 1:19 pm | 917-612-0614 (Alex Bangiyev) | 1-917-605-6737 (Devon Bost) | 13-53 /11-22 |
| March 19, 2006 | 1:53 pm | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |
| March 19, 2006 | 5:22 pm | 1-347-204-9006 (Itzhak Loz) | 917-612-0614 (Alex Bangiyev) | 13-53 |
| March 19, 2006 | 6:15 pm | 646-586-2648 (Devon Bost) | 516-503-4654 (Alex Bangiyev) | 13-51 |
| March 19, 2006 | 6:28 pm | 917-577-2914 (Eduard Bangiyev | 516-503-4654 (Alex Bangiyev)) | 13-51 |
| March 19, 2006 | 7:07 pm | 646-586-2648 (Devon Bost) | 516-503-4654 (Alex Bangiyev) | 13-51 |
| March 19, 2006 | 7:40 pm | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |
| March 19, 2006 | 7:41 pm | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |
| March 19, 2006 | 8:32 pm | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |

GOVERNMENT EXHIBIT
20-8
1:14CR206

| | | | | |
|---|---|---|---|---|
| March 19, 2006 | 8:46 pm | 516-503-4654 (Alex Bangiyev) | 646-586-2648 (Devon Bost) | 13-51 |
| March 19, 2006 | 9:18 pm | 516-503-4654 (Alex Bangiyev) | 917-577-2914 (Eduard Bangiyev) | 13-51 |
| March 19, 2006 | 9:20 pm | 917-612-0614 (Alex Bangiyev) | 917-577-2914 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 9:22 pm | 917-612-0614 (Alex Bangiyev) | 917-612-0898 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 9:23 pm | 917-612-0614 (Alex Bangiyev) | 917-612-0898 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 9:26 pm | 516-503-4654 (Alex Bangiyev) | 917-577-2914 (Eduard Bangiyev) | 13-51 |
| March 19, 2006 | 9:27 pm | 917-612-0614 (Alex Bangiyev) | 917-612-0898 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 10:01 pm | 516-503-4654 (Alex Bangiyev) | 347-204-9006 (Itzhak Loz) | 13-51 |
| March 19, 2006 | 10:05 pm | 516-503-4654 (Alex Bangiyev) | 347-204-9006 (Itzhak Loz) | 13-51 |
| March 19, 2006 | 10:35 pm | 917-612-0614 (Alex Bangiyev) | 917-612-0898 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 10:50 pm | 917-612-0614 (Alex Bangiyev) | 917-612-0898 (Eduard Bangiyev) | 13-53 |
| March 19, 2006 | 11:18 pm | 917-612-0614 (Alex Bangiyev) | 917-577-2914 (Eduard Bangiyev) | 13-53 |