# EXHIBIT B

04/20/2015

**Hon. Judge Liam O'Grady**

U.S. District Court for the Eastern District of Virginia

401 Courthouse Square, 6th Floor

Alexandria, VA 22314

**RE: Leniency in Sentencing of Ithzak Loz**

Dear Judge O'Grady, my name is Nofar Loz, and I'm Loz Itzhak's oldest daughter. I am writing to ask that you will have leniency when you sentence me father on May 15, 2015, due to the causes that I will now mention.

As a beginning I would like to mention that I'm a member in the Israeli Bar association, holding license No. 69979 to practice law, and as such I'm obligated to tell truth and nothing but the truth.

My father is the third and the youngest child in a Holocaust's survivor family. His parents participated in the World War 2, his father as a red army solider, and his mother was forced to become a Ghetto slave. When my grandparents had my father, they both were 45 years old, and due to the fact that his holder brothers were all growing up, and left home, my father was forced to grow up alone, along with a brutal abuse that I will now speak of. As you may understand, the war caused my grandparents a severe psychological damages, which my father had to live with during his adolescence. One scenario that I'm aware of, happened when my father was approximately 10 years old, and his father split gasoline all over his body, while attempting to burn him. Thanks to his mother, whom I will speak of in a few moment, he was saved. As you may probably understand, my father was a victim to a very hard abuse by his father, neglect ion, starvation, and more. I will not be the first person to tell about the psychological damage a child might have, growing like that.

Due to his father's abuse, he and his mother developed a very strong connection, in which she protected him with her own body more than once, while being beating by my grandfather.
In this point I would like to mention that my grandmother has passed away last summer, while my father spend his time in jail. My father and his mother haven't met since Dec. 2013, and due to the circumstances his brother, David, and sister, Slava, were forced to break him the unfortunate news after her funeral, over the phone, so that he will be able to fill his obligation to sit "Shiva" over his mother. In my opinion, knowing that his mother, which was very very very dear and close to him, died, without telling her goodbye, or ask for pardon, is a very hard punishment that he would have to take with him to his grave.

Going back to his adolescence; even though those were the circumstances that my father had, he never gave up, and started supporting himself since the age of 14.
As a little child he use to fix watches, and sell them to whomever seek to buy, in Ashkelon, the small city that he grow in, and in Gaza, a arab city near by.

When he was 15 years old he joined the Navy military boarding school, over There he participated in a long term sailing, and sea studding, while serving on the IDF's navy ships. At the age of 16 (approximately), he and his crew had a marine accident during one of the sailings. my father, that had a chance to see death on the second time in his life, as managed to survive after spending 12 hours swimming in the water, and fighting the waves, while using nothing but a life jacket that happens to surround him. According to my memory, some of his friends didn't make it.

Due to the post-trauma the he suffered after the accident, he refused to stay in the navy, and when he reached 18 years old, the age in which Israeli teenagers join the IDF, he joined the military forces of the police, as a undercover warier. During his service he was a one of a kind solider, whom use to join the Special Forces tasks, and was responsible to the arrests of tens of terrorists, that seek to harm Israeli people. During all of his service he was led by the patriotism giving to him by his parents, which as I mention above, have suffered horrors because Jewish people didn't had a land of their own.

When he was 19, he met my mother, an IDF solider, and 3 months later, they had me, by mistake. You would expect a 19 years old boy, to stop the pregnancy and go on with his life, but due to the education taught by his mother, he struggled with my mother to keep the pregnancy, because "Hitler already killed his entire family, and they (he and his family) must keep grooming life", as their own little massage..
As you may understand, they had me, so basically, I owe him my life, twice.

With the money that he saved from the watches that he once fixed and sold, they were able to buy a little house, but when two kids get together, and have 3 kids of their own, without a solid job nor money, with just their clothes over their bodies, you can't actually expect them to overcome life's difficulties. In our case the problems weren't late to come. During our adolescences( mine and my brother, Yariv, and my sister, Meital) our mother, use to beat us, while my father use to protect us, just like his mother before him.

When I was 10 years old, the end of the marriage had come and my parents brock up. My father, whom knew that my mother is abusing us, refused to let her tack us to her custody. Unfortunately for him and unfortunately for us, all of the legal efforts didn't went well, and my mother won a full custody over us. This was a heart breaking news to the person that his children was his entire sole and body.

In the year ahead he went into depression, and in my opinion, tried to commit a suicide.

After several years, I reached 16 years old, and needed to go, along with my class to Poland, the land that his parents have come from. My father heard about a few kids that couldn't go because their parents couldn't afford the plane tickets, so he immediately gave a check to the school, paying for those students plane tickets. This is my father, a person that always help those in need.
I would like to mention that when my brother and sister needed to fly to Poland as well, without asking any questions, he donated money for this sacret cause.

When I was 21 I left my mother's house because of our indifferences, when my father herd about it, his eyes sparkled, and he immediately set a room for me in his house. A few months later I told him that I would like to go to law school, and he agreed to participate in my tuition, as long as I will use the power giving to me, in order to help those in need. I'm proud to say that today, after finishing my residency, I started my own law office, and part of the cases that I'm dealing with are pro-bono cases, all because of the promise that I gave him.

If all of that isn't enough, in 2004 (approximately), my father's second wife gave birth to a twine boys. Due to the fact that they were twins, they born premature (while the 31 week to the pregnancy), and needed to spend some time in the intensive care. In our opinion while being there, one of the babies, Adir, got infected with a virus, which avoided his brain to lead liquids out, as he should of. Due to those circumstances, the brain liquids accumulated in his brain and caused him a severe brain damage. When he was 6 months years old, he had a brain surgery, and When he was 3 years old, he was diagnosed as an autistic child that till today, when he is almost 10 years old, can't say a simple word as "Dad".

I don't know what kind of character one need to have, in order to go throw all of the difficulties life has to offer, but I know that when I look at my father I see a man that never gave up, always fighting for his love ones, always teaching us that when we see someone weak we must assist him, that when we see wrongs, we need to fight to fix them. Thanks to his legacy I'm the person that I am today.

Last September, my brother got married, my father, like all normal parent, have dreamed on this day since my brother was born. During the ceremony when all of the family was together, my father was thousands of miles away, in a hospital bad, alone.

I don't pretend to know what was the reason for the action that he is saying that he has done. I just know that he is not the type of person to do such things, while jeopardizing everything that he has worked on, so hard, for so long. I'm sure that the things that happened during his absence, his mother's death, my certification ceremony, my brothers wedding, our life continuance, and the fact that we, as children that went throw such a hard experiences in our short life time, need to deal with the fact that our father is locked up, far far away, will escort him till the day he dies. I'm sure that he is full of regret.

If I would need to describe this man, I will speak of a man that had dedicated a life time helping others, teaching us, his children, how to became an honorable people, a law savers.

The Israeli criminal law contains 2 circles of punishment. The first one refers to the felony it self- how offensive is the felony, and which kind of punishment will be appropriate for felonies of this kind. The second circle refers to the offender him self- criminal record, personal circumstances, admmition, regret, restoration, the circumstances in which the felony has occurred, and more.

Therefore, even if my father has made a terrible mistake, and done what ever it is that he as done, I will ask you, in every way possible, to remember, that we are all human, and due to this fact, we can all choose the wrong path. Not all of us will choose it, but the weak of us just might do that. This is when we, as a society need to led them to the common way of thinking, and in that matter, need to match the right way for them to pay their debt, combining all of the variables I have mentioned above.

I have chosen to end my letter with a quote of Mahatma Gandhi : " **The weak can never forgive. Forgiveness is the attribute of the strong".**

Thank you for dedicating your time to read my letter.

**Nofar Loz. ADV**