# EXHIBIT C

Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to shed some light on the special character of Ithzak as we, his family know and proud of and ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

My name is Slava Norani, I'm a widow with six kids and six grandkids and I'm Ithzak sister.
We are three siblings, our parents Mira and Mendel may their souls find peace, were holocaust survivors that lived through the horrors of the war.
Unfortunately those remained as scars which they carried through all their lives and to us as their children.
Our mother was ill through most of her old age with various conditions such as Dementia, Alzheimer, Epilepsy, Parkinson and both she and our father had cancer.

As a family we needed to support and be there for them more than once, a role which Ithzak fulfilled as a son and a brother with loyalty and dedication, with all his heart anytime it was required of him without hesitation.
Ithzak also proved his character as being a loyal and loving husband and a dedicated family man, a father to five children, which unfortunately one of them has special needs and require day to day attention, which he provided with responsibility and undying love.
The results we see in the behavior and wonderful achievements of his children and the warm home he built.
Ithzak is an educated, kindhearted and sensitive man who helped to whoever required without expecting a return.

Finally, me and the whole family love and miss him very much and hope that this all will be over and that we will see him soon.

Thank you for taking the time to read this letter.

Sincerely,

Slava Norani