# EXHIBIT D

21/04/2015

**Hon. Judge Liam O'Grady**
**U.S. District Court for the Eastern District of Virginia**
**401Courthouse Square, 6th Floor**
**Alexandria, VA 22314**

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015 .

I have known Mr. Loz for 25 years.

My Name is Yariv Loz and i am the son of Itzhak loz. My father is good man that help a lot to the people around him, and he think on others before he thinks on himself.
I got to this point in my life thanks to my father education. I am a married man, who works a regular job as head of the development team on respected high-tech Company.
I can say that from when i little boy I was get education from him on the values of goodness, justice, mutual aid, altruism and giving. I was grew up on his stories about the many cases which my father volunteering to helped the community from a young age.
I was following my father education and i was become a police man and after that as commander on the police, for a long time, to contribute and help the community as well.
Every crossroads in my life, my dad was there to guide me to select the correct and most legal way and right on.
I always knew that I had someone to rely on, if it help or good advice. My father always helped us as he could also economically, to allow us to move forward successfully and legally in the right way to get professional ability to get good and legal work on our life.
My father is a man that devoted is life for us, especially for my little brother that he have ASD's disease. My father is the primary caregiver in my brother and is very difficult task to take care my brother because it requires a lot of support on everything of his life, things my father was doing all the time. The difficult to take care my brother without my father supported is indescribable.
Every person that know my father, know that he will help and assist him in every problem he have, and that indicating the goodness my father's heart. I know that if even my father make mistakes that don't disappear his goodness.
Please be considerate that when you determine my father fate.

Thank you for taking the time to read my honest letter .

Sincerely,

Yariv Loz