# EXHIBIT E

**From:**
**Sent:**
**To:**
**Subject:**

4/21/15

Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

My name is Meital Loz,
Loz Itzhak is my father.
I am 23 years old and I have known Itzhak for all my life.
I was raised by him and my mom.
My parents have got divorced when I was 4 years old.
It was very important for my dad to keep a good relationship with my mother in my and my siblings benefits.
He use to come and see me and my siblings every week and we use to come to his apartment every second weekend.
He never missed a meeting with us. My dad is the first person i use to approach to with every difficulty I had because I knew he would never let me go and always help me with all.
My dad is a very kind person, loves to help people, every time he is able to he use to donate to charity in many ways in a secret way. I have never seen him fighting with anyone all my life.
All of his friends, employees, neighbors and mainly family members love him and respect him a lot.
He always educate me to go in good ways in life, study hard at school, serve our country in the best way possible in the IDF and be a good person.
All my life i use to watch my father helping people, he is a very kind person, generous person, full of compassion. He really is a good men.

Thank you for taking the time to read this letter.

Sincerely,

Meital Loz.

נשלח מה-iPhone שלי