# EXHIBIT F

**From:**
**Sent:**
**To:**
**Subject:**

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

April 23rd, 2015.
Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

I have known Mr. Loz since September 1998. Ever since we have been together and never separated. We dated for tree years before we have got married and during this time Itzhak have always been my best friend, the only person I could trust on.
Itzhak was always their for me and was very supportive.
When we first met I was a student in Tel Aviv University and I studied to be a social worker.
If it wasn't for Itzhak support I couldn't finish my degree, i was a new immigrant in the state of israel and i had a lot of Difficulties with the mentality and language.
Tree years after dating we have got married. Itzhak was always a very loyal, responsible husband, A very good partner for life.
Today we have a 10 years old twins.
My pregnancy was very difficult, big part of it i was hospitalized.
Itzhak was always there for me with everything i needed.
Itzhak was extremely supportive, carrying and helpful.
Our baby's was born early at the 31st week for my pregnancy.
They were premature baby's.
Itzhak took a very active part with them, took care for the baby's needs and support me the all time.
One of our kids was born with Severe developmental disabilities, when he was 10 months old he had a brain surgery. Itzhak was my anchor , without him I could never go thru this hard times. He is the one that took all the hard decisions I couldn't cope with that I was too scared, if it wasn't for itzhak our son might die because I couldn't take the decision to put him into surgery. When Adir our son was 20 mounts old he was diagnosed Autistic.

Raising an a Autistic child it's extremely hard, it's hard like raising 10 healthy children's.
Itzhak always took a very active position in our sons life he use to escort me all the time for his medical pre care and care, looking for the best doctors, kindergartens teachers and schools for him.
Being with Itzhak in this hard times with our son is the only thing that make it possible for me, without him I couldn't do it.
Adir is defined as autistic and with a severe retardation. He is a child that will be depend with Itzhak and me for the rest of him life, he have a severe behavior problems and itzhak always helped me cope with him.
Today, that I don't have him by my side it's extremely hard for me to cope with this child.
Itzhak is a loving, caring and loyal husband. He is very involved with the kids life he is carrying and very sensitive for their needs.
For me he is all my world,had of our family, our leader that always lead us forward, our family anchor.
Itzhak is a very good person, he is always helping his friends and even strangers in distress around him. I witnessed that many times.
Itzhak also help me take care of my sick parents and my grandmother with everting they ever needed.
Itzhak is a genres person, sensitive, caring and he loves him family a lot.
He is always their for me in the hard times.

Thank you for taking the time to read this letter.

Sincerely,
Loz Dina
Itzhak's wife.

נשלח מה-iPhone שלי