# EXHIBIT G

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

4/21/15

Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

My name is Tomer Loz, I'm 10 years old and I have know Ithzak from 2005.
My dad is the greatest! Always like to surprise me with trips and gifts!
He speaks very nice to me and never rise his voice at me, help me with everything i ever need.
Even when my brother Adir screams and I also start to cry, he calms me down with hugs and kisses.
My dad loves me and my brother Adir very much! Even when Adir screams and beats us and doesn't let us sleeps at night, he Loves us a lot! He always says that he will be their for us, support us and help us with everything we ever need.
Dady and mommy always with me when Im sick, i sleep with them almost every night in their bad. My dad buys me a lot of toys and candy's, we like to sit together in his big sofa and watch TV together. I love spending time with him because he is very soft and pleasant with me. I miss him a lot.
Every night I go to sleep with his big shirt, pray to god that he will return as soon as possible to me.

Thank you for taking the time to read this letter.

Sincerely,

Tomer Loz.

נשלח מה-iPhone שלי