# EXHIBIT H

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

4/21/15

Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

My name is Yasinover Ina, itzhak mother in law, and I have known Itzhak loz since 1998. Itzhak love my daughter a lot and always use to treat me with a lot of respect, he was their for me when I had a heart attack, supported me at the hospital and after i was released My daughter and Itzhak let me stay in their apartment because i have been in a very bad physical and mental condition.
He also helped my mother when she was still alive. I have nothing but love and appreciation to this person.
Itzhak is a good men that likes to help people with everything they need.
He is a loyal person and very dedicated family member.

Thank you for taking the time to read this letter.

Sincerely,

Ina Yasinover.

נשלח מה-iPhone שלי