# EXHIBIT I

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

4/21/15

Hon. Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square, 6th Floor
Alexandria, VA 22314

RE: Leniency in Sentencing of Ithzak Loz

Dear Judge O'Grady:

I am writing to ask that you have leniency when you sentence Ithzak Loz on May 15, 2015.

My name Yasinover Leonid, I'm Itzhsk father in law and I knew itzhak ever since 1998. I have always respected and appreciated him. Itzhak is a loving and caring person that always took a very good care of his wife and kids.
I have always use to watch him doing his best to make my daughter happy.
Itzhak use to treat me with a lot of respect, when I was hospitalized he was the first person next to me.
When ever I had any problem Itzhak was their offering to help.
For me he is like my son. I have a lot of love and appreciation to Itzhak.
I can describe him as a good person and a great family member.

Thank you for taking the time to read this letter.

Sincerely,

Leonid Yasinover.

נשלח מה-iPhone שלי