# EXHIBIT J

# (Videos – Hand-delivered to Chambers)