**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ITZHAK LOZ,<br>(a/k/a Ari, a/k/a Avi),<br>RONEN FAKIRO,<br>BOAZ BOROHOV,<br>OFRA BOROHOV,<br>ARKADIY BANGIYEV,<br>(a/k/a Alex),<br>EDUARD BANGIYEV,<br>(a/k/a Eddie),<br>JOHNNY LEE,<br>(a/k/a Ramel, a/k/a Ra, a/k/a Jason Carter),<br>TARELL JOHNSON,<br>(a/k/a Nu Nu, a/k/a Nu),<br>CRAIG JOHSNON,<br>(a/k/a Uncle Bill),<br>SHANNON SMITH,<br>FREDERICK BARRETT,<br>RAMEL EPPS,<br>BRATTIE GUERRA,<br><br>Defendants. | ) | Criminal No. 1:14CR206<br><br>The Hon. Liam O’Grady<br>Sentencing: September 18, 2015 |

**<u>SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING ON BEHALF OF ITHZAK LOZ</u>**

Now comes the Defendant, Itzhak Loz, by counsel, and respectfully submits this Supplemental Memorandum in Aid of Sentencing. Undersigned counsel met with Mr. Loz on September 16, 2015 to further review the Sentencing Memorandum, Presentence Report, and so that Mr. Loz could assist in the final preparation for the sentencing hearing, scheduled for September 18, 2015. At the conclusion of the meeting Mr. Loz asked undersigned counsel to present Mr. Loz’s understanding of the appropriate guideline range, which is slightly different

than undersigned counsel's prior filing. Although we previously submitted our objections to the Presentence Report and arguments on the guideline range, in light of yesterday's discussion Mr. Loz would like to supplement the Memorandum in Aid of Sentencing with his understanding of the calculations, which are as follows:

(1) Loss Amount – should be calculated at 20, instead of 24. For the reasons stated in the Initial Sentencing Memorandum at pgs. 6-7.

(2) Role in the Offense – should be calculated at 0, instead of an increase of 4. For the reasons stated in the Initial Sentencing Memorandum at pg. 8.

(3) Part of the Offense Having Occurred Outside of the United States – should be calculated at 0, instead of an increase of 2. As with the Loss amount, we do not believe the Government has sufficient evidence to show by a preponderance of the evidence that part of the offense occurred outside of the United States. We believe the evidence relied upon by the presentence writer came from statements made by Mr. Loz during his debriefing sessions. Per the agreement with the Government, any information taken from those debriefings cannot be used against Mr. Loz in sentencing.

With the above stated adjustments, Mr. Loz's final Offense Level should be 28, instead of 38 as stated in the Presentence Report. With an Offense Level of 28 the applicable guideline range is 78-97 months, which is approximately 6.5 - 8 years. Additionally, on September 16, 2015, Mr. Loz presented undersigned counsel with pictures evidencing his time in the Israeli military. These photographs are attached as Exhibit A.

## CONCLUSION

As will be argued tomorrow, Mr. Loz profoundly regrets his actions in this case and respectfully requests that the Court take into consideration the information provided in this Supplement.

Dated: September 17, 2015

Respectfully submitted,

ITZHAK LOZ
By Counsel

_____________/s/_________________

Edsel Guydon (VA Bar No. 37021)
JORDAN GUYDON, LLP
10560 MAIN STREET (MOSBY TOWER)
FAIRFAX, VA 22030
PH: 703.865.8699
eguydon@jpcattorneys.com

William R. Martin (admitted *pro hac vice*)
Miles & Stockbridge, P.C.
1500 K Street, NW, Suite 800
Washington, D.C. 20005
202.465.8422
bmartin@milesstockbridge.com
*Attorney for Defendant Ithzak Loz*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel or record.

_____________/s/_________________

Edsel Guydon (VA Bar No. 37021)
JORDAN GUYDON, LLP
10560 MAIN STREET (MOSBY TOWER)
FAIRFAX, VA 22030
PH: 703.865.8699
eguydon@jpcattorneys.com
*Attorney for Defendant Ithzak Loz*