# EXHIBIT A

משטרת ישראל POLICE

המשמר האזרחי

תעודת מינוי לשוטר מיוחד



השם לרץ יצחק

מסי ת.ז. 2278310

המרחב לכיש

העיר/הרובע אשקלון / 05

מסי התעודה 425620 תאריך 6/9/83










טירוני בא"ע
מאי 85
אייר
התשמ"ה